| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |
|  ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cal Premium Treats, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-3406034** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **20343 Harvill Avenue**  **Perris, CA 92570**  Number, Street, City, State & ZIP Code  **Riverside**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Cal Premium Treats, Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor **Cal Premium Treats, Inc.**  Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Cal Premium Treats, Inc.** _____  Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 22, 2016**
              MM / DD / YYYY

**X** **/s/ Salvatore Palermo**                                **Salvatore Palermo**
Signature of authorized representative of debtor              Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Thomas J. Polis**                                  Date **August 22, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**Thomas J. Polis**
Printed name

**Polis & Associates, APLC**
Firm name

**19800 MacArthur Boulevard, Suite 1000**
**Irvine, CA 92612-2433**
Number, Street, City, State & ZIP Code

Contact phone **(949) 862-0040**    Email address **tom@polis-law.com**

**119326**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Cal Premium Treats, Inc.**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Plus Homes, Inc. dba A Plus Environmental 9351 Narnia Dr. Riverside, CA 92503 | | | Contingent Unliquidated Disputed | | | $101,350.00 |
| Arizona Polymer 415 Huguenot Street New Rochelle, NY 10801 | | | Contingent Unliquidated Disputed | | | $22,114.00 |
| Atwork Franchise Inc. P.O. Box 202992 Dallas, TX 75320 | | | Contingent Unliquidated Disputed | | | $43,202.00 |
| Baghouse & Industrial Sheet Metal 1731 Pomona Road Corona, CA 92880 | | | Contingent Unliquidated Disputed | | | $68,080.00 |
| California Choice P.O. Box 7088 Orange, CA 92863 | | | Contingent Unliquidated Disputed | | | $80,145.00 |
| Cargill Food Distribution-L.A. P.O. Box 749481 Los Angeles, CA 90074 | | | Contingent Unliquidated Disputed | | | $75,843.00 |
| Cortland CMS Business Loan Services 8440 Allison Pointe Blvd., #400 Indianapolis, IN 46250 | | | Contingent Unliquidated Disputed | | | $102,496.00 |

Debtor **Cal Premium Treats, Inc.**     Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Food Safety Net Services<br>199 W. Rhapsody Drive<br>San Antonio, TX 78216 | | | Contingent<br>Unliquidated<br>Disputed | | | $22,819.00 |
| Future Electric<br>P.O. Box 2525<br>Victorville, CA 92393 | | | Contingent<br>Unliquidated<br>Disputed | | | $30,322.00 |
| Gerard Daniel Worldwide<br>1420 S. Vintage Ave.<br>Ontario, CA 91761 | | | Contingent<br>Unliquidated<br>Disputed | | | $58,591.00 |
| Heat Transfer<br>16812 Gothard St.<br>Huntington Beach, CA 92647 | | | Contingent<br>Unliquidated<br>Disputed | | | $31,885.00 |
| Merieux Nutrisciences Sililkier, Inc.<br>3155 Paysphere Circle<br>Chicago, IL 60674 | | | Contingent<br>Unliquidated<br>Disputed | | | $25,395.00 |
| Northland Choice<br>437 34th Ave. S<br>Waite Park, MN 56387 | | | Contingent<br>Unliquidated<br>Disputed | | | $44,613.00 |
| Parchem<br>415 Huguenot St.<br>New Rochelle, NY 10801 | | | Contingent<br>Unliquidated<br>Disputed | | | $22,114.00 |
| Paylocity<br>3850 N. Wilke Road<br>Arlington Heights, IL 60004 | | | Contingent<br>Unliquidated<br>Disputed | | | $80,000.00 |
| Reiser<br>725 Dedham St.<br>Canton, MA 02021 | | | Contingent<br>Unliquidated<br>Disputed | | | $40,791.00 |
| Snelling<br>P.O. Box 650765<br>Dallas, TX 75265 | | | Contingent<br>Unliquidated<br>Disputed | | | $61,551.00 |
| The Hartford<br>690 Asylum Avenue<br>Hartford, CT 06155 | | | Contingent<br>Unliquidated<br>Disputed | | | $36,521.00 |
| Treif USA<br>50 Waterview Drive, Ste. 130<br>Shelton, CT 06484 | | | Contingent<br>Unliquidated<br>Disputed | | | $41,142.00 |
| Unifirst<br>700 South Etiwanda<br>Ontario, CA 91761 | | | Contingent<br>Unliquidated<br>Disputed | | | $31,702.00 |

.

Cal Premium Treats, Inc.
20343 Harvill Avenue
Perris, CA 92570


Thomas J. Polis
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433


Office of the US Trustee, Riverside
3685 Main St, 3rd Fl
Riverside, CA 92501


A Plus Homes, Inc.
dba A Plus Environmental
9351 Narnia Dr.
Riverside, CA 92503


Arizona Polymer
415 Huguenot Street
New Rochelle, NY 10801


Atwork Franchise Inc.
P.O. Box 202992
Dallas, TX 75320


Baghouse & Industrial Sheet Metal
1731 Pomona Road
Corona, CA 92880


California Choice
P.O. Box 7088
Orange, CA 92863

Cargill Food Distribution-L.A.
P.O. Box 749481
Los Angeles, CA 90074


Cortland CMS Business Loan Services
8440 Allison Pointe Blvd., #400
Indianapolis, IN 46250


Food Safety Net Services
199 W. Rhapsody Drive
San Antonio, TX 78216


Future Electric
P.O. Box 2525
Victorville, CA 92393


Gerard Daniel Worldwide
1420 S. Vintage Ave.
Ontario, CA 91761


Heat Transfer
16812 Gothard St.
Huntington Beach, CA 92647


Merieux Nutrisciences
Sililkier, Inc.
3155 Paysphere Circle
Chicago, IL 60674


Northland Choice
437 34th Ave. S
Waite Park, MN 56387

```
Parchem
415 Huguenot St.
New Rochelle, NY 10801


Paylocity
3850 N. Wilke Road
Arlington Heights, IL 60004


Reiser
725 Dedham St.
Canton, MA 02021


Snelling
P.O. Box 650765
Dallas, TX 75265


The Hartford
690 Asylum Avenue
Hartford, CT 06155


Treif USA
50 Waterview Drive, Ste. 130
Shelton, CT 06484


Unifirst
700 South Etiwanda
Ontario, CA 91761
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Thomas J. Polis**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax: (949) 862-0041**<br>California State Bar Number: **119326**<br>**tom@polis-law.com**<br><br>■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Cal Premium Treats, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Thomas J. Polis**                                           , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1. I have personal knowledge of the matters set forth in this Statement because:
   ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ■ I am the attorney for the Debtor corporation
2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*
   b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **August 22, 2016** | By: **/s/ Thomas J. Polis** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Thomas J. Polis** |
| | Printed name of Debtor, or attorney for Debtor |

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**