Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

General Insolvency Counsel for Debtor/Debtor-in-Possession
Cal Premium Treats, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Cal Premium Treats, Inc.,<br><br>    Debtor and<br>    Debtor-In-Possession. | Case No. 6:16-bk-17522-SC<br><br>Chapter 11<br><br>DEBTOR'S SUPPLEMENTAL CHAPTER 11 STATUS REPORT; DECLARATION OF DEBTOR'S CRO<br><br><u>Hearing</u>:<br>Date: November 15, 2016<br>Time: 1:30 p.m.<br>Ctrm: 126<br>     U.S. Bankruptcy Court<br>     411 W. Fourth Street<br>     Santa Ana, CA 92701<br>         or<br>     Video Conference Room 225<br>     3420 Twelfth Street<br>     Riverside, CA 92501 |

TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE; CREDITORS COMMITTEE AND THEIR COUNSEL OF RECORD; THE OFFICE OF THE UNITED STATES TRUSTEE, RIVERSIDE DIVISION; AND OTHER PARTIES ENTITLED TO NOTICE:

Debtor and Debtor-In-Possession, Cal Premium Treats, Inc. ("Debtor"), submits the following *Supplemental Chapter 11 Status Report*, regarding the Court's Order re Chapter 11 Status Conference:

1. On August 22, 2016 Cal Premium Treats, Inc. filed a chapter 11 Petition. Production ceased, with the exception of two truckloads for Smuckers Big Heart totaling approximately $82,000 (September 12, 2016). From September 12, 2016 to November 11, 2016 Cal Premium Treats furloughed its production staff to control operating costs and decrease any further financial risk.

2. On November 9, 2016 and November 10, 2016 Smuckers Big Heart remitted payment in the amount approximately $82,000 against open invoices due and shipped on or about September 12, 2016. With these funds Cal Premium Treats was able to reinstate 20 members of its production staff and began operations. Said $82,000 was used to pay employees their September 15, 2016 payroll, taxes, raw materials for production, general liability insurance and other operating expenses.

3. On or about November 16, 2016 Cal Premium Treats will be able to produce and deliver $64,000 of product to Smuckers Big Heart, and again on or about November 18, 2016 $32,000, totaling $96,000 for the week ending November 18, 2016.

4. On November 3, 2016 Cal Premium Treats received its Order by the Court for DIP financing with Franklin Capital Network, which entails factoring of invoices and purchase order letters of credit to buy raw materials. Cal Premium Treats will factor all future shipments with Franklin Capital including that produced for Smuckers ending the week of November 18, 2016 totaling approximately $96,000. Franklin, and per the terms of agreement, will advance Cal Premium Treats 85 percent of each invoice, reserving 15 percent less factoring/financial fees. Proceeds for shipments of $96,000 will be used to pay secured creditor Crossroads Financial ($27,578), payroll, taxes and operating expenses.

5. Total sales for November 2016 is estimated to be $197,000 at a cost of goods of $69,000 (35%), and realizing a gross profit of $128,000 (65%). Payroll, taxes and operating overhead are estimated to be $126,000 (65%), making November a breakeven short month of upstart operations. December 2016 sales are estimated to be $488,000 with COGS of $208,000 (43%), realizing a Gross Profit of $280,000 (57%) with operating costs of $240,000 (49%), and a Net Profit of $40,000 (8%), inclusive of lease/rent payments of $63,000.

6. One event occurred in November that has had an impact on sales, One of our customers canceled their $173,000 purchase order due to lack of confidence in Cal Premium Treats delivering on a timely basis concerned about our lateness of acquiring its DIP financing (November 3, 2016) thereby fearing Cal Premium Treats could not meet the customers holiday shipping period of December 7, 2016 (to Canada). There have been no other occurrences that have had a material effect on the on-going business. January 2017 sales look promising and Cal Premium Treats is hoping to increase production to two (2) shifts per day creating increased business.

POLIS & ASSOCIATES, APLC

DATED: November 11, 2016

By: /s/ Thomas J. Polis
Thomas J. Polis, Esq.
Counsel for Debtor and Debtor-in-Possession, Cal Premium Treats, Inc.

# DECLARATION OF RICHARD ALLEN

I, Richard Allen, declare as follows:

1.   I am Chief Reorganization Officer of Cal Premium Treats, Inc. in the bankruptcy estate of *In re Cal Premium Treats, Inc.*, Case No.: 6:16-bk-17522-SC ("Debtor"), presently pending before the above-captioned Court. I make this declaration in support of Debtor's *Supplemental Chapter 11 Status Report* ("Status Report"). The facts stated herein are within my personal knowledge, and if called upon to testify to such facts, I could and would testify competently thereto.

2.   Cal Premium Treats, Inc. filed a petition for relief under Chapter 11 of the Bankruptcy Code on August 22, 2016 (the "Petition Date").

3.   The Debtor's business is preparing organic pet food for various retailers.

4.   Production ceased, with the exception of two truckloads for Smuckers Big Heart totaling approximately $82,000 (September 12, 2016). From September 12, 2016 to November 11, 2016 Cal Premium Treats furloughed its production staff to control operating costs and decrease any further financial risk.

5.   On November 9, 2016 and November 10, 2016 Smuckers Big Heart remitted payment in the amount approximately $82,000 against open invoices due and shipped on or about September 12, 2016. With these funds Cal Premium Treats was able to reinstate 20 members of its production staff and began operations. Said $82,000 was used to pay employees their September 15, 2016 payroll, taxes, raw materials for production, general liability insurance and other operating expenses.

6.   On or about November 16, 2016 Cal Premium Treats will be able to produce and deliver $64,000 of product to Smuckers Big Heart, and again on or about November 18, 2016 $32,000, totaling $96,000 for the week ending November 18, 2016.

7.   On November 3, 2016 Cal Premium Treats received its Order by the Court for DIP financing with Franklin Capital Network, which entails factoring of invoices and purchase order letters of credit to buy raw materials. Cal Premium Treats will factor all future shipments with Franklin Capital including that produced for Smuckers ending the week of November 18, 2016

totaling approximately $96,000. Franklin, and per the terms of agreement, will advance Cal Premium Treats 85 percent of each invoice, reserving 15 percent less factoring/financial fees. Proceeds for shipments of $96,000 will be used to pay secured creditor Crossroads Financial ($27,578), payroll, taxes and operating expenses.

8. Total sales for November 2016 is estimated to be $197,000 at a cost of goods of $69,000 (35%), and realizing a gross profit of $128,000 (65%). Payroll, taxes and operating overhead are estimated to be $126,000 (65%), making November a breakeven short month of upstart operations. December 2016 sales are estimated to be $488,000 with COGS of $208,000 (43%), realizing a Gross Profit of $280,000 (57%) with operating costs of $240,000 (49%), and a Net Profit of $40,000 (8%), inclusive of lease/rent payments of $63,000.

9. One event occurred in November that has had an impact on sales, One of our customers canceled their $173,000 purchase order due to lack of confidence in Cal Premium Treats delivering on a timely basis concerned about our lateness of acquiring its DIP financing (November 3, 2016) thereby fearing Cal Premium Treats could not meet the customers holiday shipping period of December 7, 2016 (to Canada). There have been no other occurrences that have had a material effect on the on-going business. January 2017 sales look promising and Cal Premium Treats is hoping to increase production to two (2) shifts per day creating increased business.

I declare under penalty of perjury of the laws of the United States of America that all the statements herein are true and correct.

Executed this 11th day of November, 2016, at Perris, California.

Richard Allen, CRO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**POLIS & ASSOCIATES**
A Professional Law Corporation
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433

A true and correct copy of the foregoing document described **DEBTOR'S SUPPLEMENTAL CHAPTER 11 STATUS REPORT; DECLARATION OF DEBTOR'S CRO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 11, 2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John A Boyd -  fednotice@tclaw.net
Michael J Bujold -  Michael.J.Bujold@usdoj.gov
Bryan S Owens -  bowens@bowenslaw.com
Richard K Diamond - rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
Valerie B Peo - vbantnerpeo@buchalter.com
Douglas A Plazak - dplazak@rhlaw.com
Hilton A Ryder - hilton.ryder@mccormickbarstow.com, rosanne.dodson@mccormickbarstow.com
Troy G Sexton -  tsexton@portlaw.com
Mohammad Tehrani - Mohammad.V.Tehrani@usdoj.gov
United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **November 11, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson, U.S. Bankruptcy Court, 411 W. Fourth St., Ste. 5130, Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL,  FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on        , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/11/2016 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                                  F 9013-3.1

6