OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re: Cal Premium Treats, Inc. | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| | Case Number: | 6:16-bk-17522-SC |
| | Operating Report Number: | 4 |
| Debtor(s). | For the Month Ending: | 30-Nov-16 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $39,185.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | $33,362.20 |
| 3. BEGINNING BALANCE: | | $321.75 |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | $133,078.36 |
| Accounts Receivable - Pre-filing | $0.00 |
| General Sales | $0.00 |
| Other (Specify) | $0.00 |
| **Other (Specify) | $0.00 |

| | |
|---|---|
| TOTAL RECEIPTS THIS PERIOD: | $133,078.36 |
| 5. BALANCE: | $133,400.11 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | $42,025.00 |
| Disbursements (from page 2) | $59,664.27 |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | $101,689.27 |
| 7. ENDING BALANCE: | $31,710.84 |

8. General Account Number(s):     1488137611 (General)

Depository Name & Location:     Wells Fargo Bank, N.A.
Irvine, CA

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 11/1/2016 | CC | Costco | Office supplies | | 66.95 | 66.95 |
| 11/1/2016 | TRANS | Operating acct | Transfer to | 25.00 | | 25.00 |
| 11/4/2016 | 3522 | R. Allen, Sr. | Reimbursement Expenses | | 171.78 | 171.78 |
| 11/7/2016 | CC | Vonage Business | Telephone | | 287.74 | 287.74 |
| 11/8/2016 | DC | Wells Fargo | Bank fee | | 3.00 | 3.00 |
| 11/9/2016 | 3543 | Sharon Wrinkle | Accounting services | | 1,000.00 | 1,000.00 |
| 11/9/2016 | 3546 | R. Allen, Sr. | Management/Operations | | 4,000.00 | 4,000.00 |
| 11/9/2016 | TRANS | Transfer | Transfer to Payroll account | 6,000.00 | | 6,000.00 |
| 11/9/2016 | 3539 | Superior Packaging | Boxes Inv. 46771 | | 2,018.90 | 2,018.90 |
| 11/9/2016 | 3544 | JR Allen | IT/Computer-Internet repair | | 1,000.00 | 1,000.00 |
| 11/9/2016 | 3545 | John Keller | Management/Sales | | 4,000.00 | 4,000.00 |
| 11/9/2016 | DC | Wells Fargo | Wire fees (3) $30.00/wire | | 90.00 | 90.00 |
| 11/9/2016 | WIRE | Praxair | Purchase Nitrogen/tank rental | | 5,000.00 | 5,000.00 |
| 11/9/2016 | WIRE | Praxair | Purchase Nitrogen/tank rental | | 360.00 | 360.00 |
| 11/9/2016 | WIRE | Franklin Capital | Attorney fees/Factor agreement | | 10,030.00 | 10,030.00 |
| 11/14/2016 | TRANS | Transfer | Transfer to Payroll | 10,000.00 | | 10,000.00 |
| 11/14/2016 | TRANS | Transfer | Transfer to Tax account | 2,500.00 | | 2,500.00 |
| 11/15/2016 | TRANS | Transfer | Transfer to Payroll | 2,500.00 | | 2,500.00 |
| 11/15/2016 | TRANS | Transfer | Transfer to Tax account | 500.00 | | 500.00 |
| 11/15/2016 | 3538 | Riverside Electric | Motor repair | | 904.80 | 904.80 |
| 11/16/2016 | DC | Wells Fargo | Wire fees | | 30.00 | 30.00 |
| 11/16/2016 | WIRE | Praxair | Purchase Nitrogen/tank refill | | 1,810.00 | 1,810.00 |
| 11/16/2016 | 3547 | Food Safety Net Services | Inv. AU003143; Food certification | | 6,517.71 | 6,517.71 |
| 11/17/2016 | DC | Wells Fargo | Wire fees | | 30.00 | 30.00 |
| 11/17/2016 | WIRE | Praxair | Purchase Nitrogen/tank refill | | 1,350.00 | 1,350.00 |
| 11/17/2016 | 3513 | Allied Storage | Storage container | | 436.00 | 436.00 |
| 11/17/2016 | 3537 | C & M Electric | Motor repair | | 228.90 | 228.90 |
| 11/18/2016 | 3549 | Fabricant & Fabricant | Insurance/G&L Payment | | 2,575.00 | 2,575.00 |
| 11/18/2016 | DC | Wells Fargo | Wire fees | | 30.00 | 30.00 |
| 11/18/2016 | WIRE | Coyote Logisitcs | Trucking | | 1,125.00 | 1,125.00 |
| 11/18/2016 | 3548 | Fabricant & Fabricant | General Liability insurance | | 2,306.00 | 2,306.00 |
| 11/19/2016 | 3552 | R. Allen, Sr. | Management/Operations | | 2,000.00 | 2,000.00 |
| 11/19/2016 | 3557 | Andrea Smith | Reimbursement Expenses | | 21.88 | 21.88 |
| 11/19/2016 | 3553 | Eastern Water District | Acct 169335-03 Water | | 37.98 | 37.98 |
| 11/19/2016 | 3554 | Eastern Water District | Water | | 105.91 | 105.91 |
| 11/19/2016 | 3555 | Eastern Water District | Water | | 2,791.79 | 2,791.79 |
| 11/21/2016 | TRANS | Transfer | Transfer to Payroll | 1,000.00 | | 1,000.00 |
| 11/21/2016 | TRANS | Transfer | Transfer to Tax account | 500.00 | | 500.00 |
| 11/21/2016 | CC | Costco | Office supplies | | 133.90 | 133.90 |
| 11/21/2016 | 3550 | R. Allen, Sr. | Reimbursement Expenses | | 461.10 | 461.10 |
| 11/21/2016 | 3558 | Cash | Petty Cash | | 300.00 | 300.00 |
| 11/21/2016 | 3535 | South Coast Copy | Copy machine repair | | 167.40 | 167.40 |
| 11/21/2016 | 3534 | John Keller | Reimbursement Expenses | | 550.53 | 550.53 |
| 11/22/2016 | CC | Claim Jumper | Reimbursement Expenses / Ketan | | 53.32 | 53.32 |
| 11/22/2016 | WIRE | Coyote Logisitcs | Trucking | | 1,125.00 | 1,125.00 |
| 11/23/2016 | DC | Wells Fargo | Wire fees | | 15.00 | 15.00 |
| 11/23/2016 | DC | Wells Fargo | Wire fees | | 30.00 | 30.00 |

| Date | Check# | Payee | Description | (Transfer)* | (Disbursement)** | Desc |
|---|---|---|---|---|---|---|
| 11/23/2016 | 3561 | Cash | Holiday company to employees | | 650.00 | 650.00 |
| 11/23/2016 | 3563 | JR Allen | Inv. 10231 | | 750.00 | 750.00 |
| 11/23/2016 | CC | QuickBooks | Monthly accounting software exp. | | 193.33 | 193.33 |
| 11/23/2016 | CC | Costco | Office supplies | | 122.79 | 122.79 |
| 11/23/2016 | TRANS | Transfer | Transfer to Payroll account | 12,000.00 | | 12,000.00 |
| 11/25/2016 | CC | Logmein,inc. | Internet | | 233.36 | 233.36 |
| 11/28/2016 | CC | Stuffed Pizza | Reimbursement Expenses/Ketan/Bart | | 175.21 | 175.21 |
| 11/28/2016 | 3566 | Barton Thompson | Sales comission advance | | 1,000.00 | 1,000.00 |
| 11/28/2016 | 3567 | R. Allen, Sr. | Reimbursement Expenses | | 557.00 | 557.00 |
| 11/28/2016 | 3562 | R. Allen, Sr. | Management/Operations | | 2,000.00 | 2,000.00 |
| 11/29/2016 | 3569 | Special T Water | Water filter tank | | 300.00 | 300.00 |
| 11/29/2016 | DC | Wells Fargo | Wire fees | | 15.00 | 15.00 |
| 11/30/2016 | WIRE | Superior Packaging Solutions | Packeting/Boxes | | 501.99 | 501.99 |
| 11/30/2016 | TRANS | Transfer | Transfer to Payroll account | 7,000.00 | | 7,000.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 42,025.00 | 59,664.27 | 101,689.27 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BANK RECONCILIATION

| Bank statement Date: | 11/30/2016 | Balance on Statement: | $321.75 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 11/8/2016 | $287.74 |
| 11/9/2016 | $34,440.22 |
| 11/10/2016 | $46,850.46 |
| 11/23/2016 | $26,357.20 |
| 11/29/2016 | $25,142.74 |

TOTAL DEPOSITS IN TRANSIT

$133,078.36

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| CC | 11/1/2016 | $66.95 |
| 3522 | 11/4/2016 | $171.78 |
| CC | 11/7/2016 | $287.74 |
| DC | 11/8/2016 | $3.00 |
| 3543 | 11/9/2016 | $1,000.00 |
| 3546 | 11/9/2016 | $4,000.00 |
| 3539 | 11/9/2016 | $2,018.90 |
| 3544 | 11/9/2016 | $1,000.00 |
| 3545 | 11/9/2016 | $4,000.00 |
| DC | 11/9/2016 | $90.00 |
| WIRE | 11/9/2016 | $5,000.00 |
| WIRE | 11/9/2016 | $360.00 |
| WIRE | 11/9/2016 | $10,030.00 |
| 3538 | 11/15/2016 | $904.80 |
| DC | 11/16/2016 | $30.00 |
| WIRE | 11/16/2016 | $1,810.00 |
| 3547 | 11/16/2016 | $6,517.71 |
| DC | 11/17/2016 | $30.00 |
| WIRE | 11/17/2016 | $1,350.00 |
| 3513 | 11/17/2016 | $436.00 |
| 3537 | 11/17/2016 | $228.90 |
| 3549 | 11/18/2016 | $2,575.00 |
| DC | 11/18/2016 | $30.00 |
| WIRE | 11/18/2016 | $1,125.00 |
| 3548 | 11/18/2016 | $2,306.00 |
| 3552 | 11/19/2016 | $2,000.00 |
| 3557 | 11/19/2016 | $21.88 |
| 3553 | 11/19/2016 | $37.98 |
| 3554 | 11/19/2016 | $105.91 |
| 3555 | 11/19/2016 | $2,791.79 |
| CC | 11/21/2016 | $133.90 |
| 3550 | 11/21/2016 | $461.10 |
| 3558 | 11/21/2016 | $300.00 |
| 3535 | 11/21/2016 | $167.40 |

| | | |
|---|---|---|
| 3564 | 11/22/2016 | $250.33 |
| CC | 11/22/2016 | $53.32 |
| WIRE | 11/22/2016 | $1,125.00 |
| DC | 11/23/2016 | $15.00 |
| DC | 11/23/2016 | $30.00 |
| 3561 | 11/23/2016 | $650.00 |
| 3563 | 11/23/2016 | $750.00 |
| CC | 11/23/2016 | $193.33 |
| CC | 11/23/2016 | $122.79 |
| CC | 11/25/2016 | $233.36 |
| CC | 11/28/2016 | $175.21 |
| 3566 | 11/28/2016 | $1,000.00 |
| 3567 | 11/28/2016 | $557.00 |
| 3562 | 11/28/2016 | $2,000.00 |
| 3569 | 11/29/2016 | $300.00 |
| DC | 11/29/2016 | $15.00 |
| WIRE | 11/30/2016 | $501.99 |
| TRANSFERS | 11/1/2016 | 25.00 |
| TRANSFERS | 11/9/2016 | 6,000.00 |
| TRANSFERS | 11/14/2016 | 10,000.00 |
| TRANSFERS | 11/14/2016 | 2,500.00 |
| TRANSFERS | 11/15/2016 | 2,500.00 |
| TRANSFERS | 11/15/2016 | 500.00 |
| TRANSFERS | 11/21/2016 | 1,000.00 |
| TRANSFERS | 11/21/2016 | 500.00 |
| TRANSFERS | 11/23/2016 | 12,000.00 |
| TRANSFERS | 11/30/2016 | 7,000.00 |

## TOTAL OUTSTANDING CHECKS:                                    $101,689.27

Bank statement Adjustments:                              $0.00
Explanation of Adjustments-                               $0.00                $0.00

## ADJUSTED BANK BALANCE:                                       $31,710.84

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | $21,029.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | $17,380.00 |
| 3. BEGINNING BALANCE: | $225.84 |
| 4. RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | $38,500.00 |
| 5. BALANCE: | $38,725.84 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | $33,202.51 |
| 7. ENDING BALANCE: | $5,523.33 |

8. PAYROLL Account Number(s):              1488137603

Depository Name & Location:              Wells Fargo Bank N.A.
                                         Irvine, CA

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/2/2016 | 4561 | Rosas, Victor | Payroll | $100.00 |
| 11/9/2016 | 4565 | Lopez-Duenas, Brian | Payroll | $2,120.30 |
| 11/9/2016 | 4571 | Smith, Andrea | Payroll | $2,124.28 |
| 11/9/2016 | 4577 | Carrillo, Fernando | Payroll | $1,000.00 |
| 11/14/2016 | 4562 | Alvarado, Benito | Payroll | $914.19 |
| 11/14/2016 | 4563 | Arias, Maria | Payroll | $1,203.50 |
| 11/14/2016 | 4566 | Martinez, Alfredo | Payroll | $515.94 |
| 11/14/2016 | 4567 | Martinez, Jesus | Payroll | $1,085.22 |
| 11/14/2016 | 4568 | Mendoza, Juan | Payroll | $1,251.14 |
| 11/14/2016 | 4569 | Rodriguez, Cruz | Payroll | $886.83 |
| 11/14/2016 | 4570 | Rosas, Victor | Payroll | $1,263.97 |
| 11/14/2016 | 4574 | Carrillo, Fernando | Payroll | $1,115.15 |
| 11/14/2016 | 4580 | Medina, Joe | Payroll | $1,399.47 |
| 11/17/2016 | 4575 | State Disbursement Unit | Payroll | $158.75 |
| 11/17/2016 | 4576 | State Disbursement Unit | Payroll | $92.50 |
| 11/21/2016 | 4578 | Bernal, Jorge | Payroll | $500.00 |
| 11/21/2016 | 4579 | Rosas, Victor | Payroll | $500.00 |
| 11/21/2016 | 4581 | Lima, Josue | Payroll | $454.02 |
| 11/22/2016 | 4584 | Keller, John | Payroll | $1,000.00 |
| 11/23/2016 | 4591 | Arias, Maria | Payroll | $1,017.45 |
| 11/23/2016 | 4593 | Lopez-Duenas, Brian | Payroll | $2,120.30 |
| 11/23/2016 | 4595 | Martinez, Jesus | Payroll | $961.51 |
| 11/23/2016 | 4596 | Mendoza, Juan | Payroll | $983.66 |
| 11/23/2016 | 4597 | Rodriguez, Cruz | Payroll | $730.01 |
| 11/23/2016 | 4598 | Smith, Andrea | Payroll | $2,137.02 |
| 11/23/2016 | 4599 | Rosas, Victor | Payroll | $1,143.80 |
| 11/25/2016 | 4594 | Martinez, Alfredo | Payroll | $902.45 |
| 11/28/2016 | 4590 | Alvarado, Benito | Payroll | $1,006.61 |
| 11/28/2016 | 4600 | Parraguirre, Ana | Payroll | $500.00 |
| 11/29/2016 | 4582 | State Disbursement Unit | Payroll | $92.50 |
| 11/29/2016 | 4583 | State Disbursement Unit | Payroll | $158.75 |
| 11/30/2016 | 4606 | Lopez-Duenas, Brian | Payroll | $1,000.00 |
| 11/30/2016 | 4608 | Martinez, Jesus | Payroll | $868.19 |
| 11/30/2016 | 4610 | Mendoza, Juan | Payroll | $172.84 |
| 11/30/2016 | 4611 | Rodriguez, Cruz | Payroll | $765.90 |
| 11/30/2016 | 4612 | Rosas, Victor | Payroll | $942.26 |

Page 5 of 16

TOTAL DISBURSEMENTS THIS PERIOD: $33,188.51

BANK RECONCILIATION

Bank statement Date: _____ 11/30/2016  Balance on Statement: _____ $225.84

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 11/9/2016 | $6,000.00 |
| 11/14/2016 | $10,000.00 |
| 11/15/2016 | $2,500.00 |
| 11/21/2016 | $1,000.00 |
| 11/23/2016 | $12,000.00 |
| 11/30/2016 | $7,000.00 |

TOTAL DEPOSITS IN TRANSIT                                    $38,500.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 4561 | 11/2/2016 | $100.00 |
| 4577 | 11/9/2016 | $1,000.00 |
| 4565 | 11/9/2016 | $2,120.30 |
| 4571 | 11/9/2016 | $2,124.28 |
| 4574 | 11/14/2016 | $1,115.15 |
| 4567 | 11/14/2016 | $1,085.22 |
| 4563 | 11/14/2016 | $1,203.50 |
| 4569 | 11/14/2016 | $886.83 |
| 4562 | 11/14/2016 | $914.19 |
| 4568 | 11/14/2016 | $1,251.14 |
| 4570 | 11/14/2016 | $1,263.97 |
| 4580 | 11/14/2016 | $1,399.47 |
| 4566 | 11/14/2016 | $515.94 |
| 4576 | 11/17/2016 | $92.50 |
| 4575 | 11/17/2016 | $158.75 |
| 4578 | 11/21/2016 | $500.00 |
| 4581 | 11/21/2016 | $454.02 |
| 4579 | 11/21/2016 | $500.00 |
| 4584 | 11/22/2016 | $1,000.00 |
| 4597 | 11/23/2016 | $730.01 |
| 4595 | 11/23/2016 | $961.51 |
| 4591 | 11/23/2016 | $1,017.45 |
| 4593 | 11/23/2016 | $2,120.30 |
| 4599 | 11/23/2016 | $1,143.80 |
| 4598 | 11/23/2016 | $2,137.02 |
| 4596 | 11/23/2016 | $983.66 |
| 4594 | 11/25/2016 | $902.45 |
| 4590 | 11/28/2016 | $1,006.61 |
| 4600 | 11/28/2016 | $500.00 |
| 4582 | 11/29/2016 | $92.50 |
| 4583 | 11/29/2016 | $158.75 |
| 4608 | 11/30/2016 | $868.19 |

| | | |
|---|---|---|
| 4609 | 11/30/2016 | \$3,000.00 |
| 4611 | 11/30/2016 | \$765.90 |
| 4610 | 11/30/2016 | \$172.84 |
| 4612 | 11/30/2016 | \$942.26 |

TOTAL OUTSTANDING CHECKS:                                              \$33,188.51

Bank statement Adjustments:              11/30/2016          \$14.00          \$14.00
Explanation of Adjustments-          Bank monthly fee

ADJUSTED BANK BALANCE:                                                 \$5,523.33

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

1. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

| | |
|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | $80.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | $84.48 |
| 3. BEGINNING BALANCE: | $4.48 |
| 4. RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | $3,525.00 |
| 5. BALANCE: | $3,520.52 |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | $14.00 |
| 7. ENDING BALANCE: | $3,506.52 |

8. TAX Account Number(s):                     1488137645

Depository Name & Location:          Wells Fargo Bank N.A.
                                                        Irvine, CA

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/30/2016 | Bank DC | Wells Fargo Bank | Monthly bank fee | $14.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | $14.00 |

# BANK RECONCILIATION

| | | Bank statement Date: | 11/30/2016 | Balance on Statement: | $4.48 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 11/1/2016 | 25.00 |
| 11/14/2016 | 2,500.00 |
| 11/15/2016 | 500.00 |
| 11/21/2016 | 500.00 |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                          $3,525.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | 0.00 |

TOTAL OUTSTANDING CHECKS:                                          $0.00

Bank statement Adjustments:                                        $14.00
Explanation of Adjustments-
Bank Monthly fee

ADJUSTED BANK BALANCE:                                             $3,506.52

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment       Page 9 of 16

## I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | General Account: | |
|---|---|---|
| | Payroll Account: | |
| | Tax Account: | |
| *Other Accounts: | | |

*Other Monies:

**Petty Cash (from below):

TOTAL CASH AVAILABLE:

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | | | |

Page 11 of 16

| | *Accounts Payable | Accounts Receivable | |
|---|---|---|---|
| | Post-Petition | Pre-Petition | Post-Petition |
| 30 days or less | | | |
| 31 - 60 days | | | |
| 61 - 90 days | | | |
| 91 - 120 days | | | |
| Over 120 days | | | |
| TOTAL: | | | |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: _____ | | | | |
| | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 13 of 16

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | | |
| **Gross Profit** | | |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | | |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Total Operating Expenses | | |
| Net Gain/(Loss) from Operations | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | | |
| **NET INCOME/(LOSS)** | | |

(Attach exhibit listing all itemizations required above)

# BALANCE SHEET
(ACCRUAL BASIS ONLY)

|  | Current Month End | |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | _____ | |
| Restricted Cash | _____ | |
| Accounts Receivable | _____ | |
| Inventory | _____ | |
| Notes Receivable | _____ | |
| Prepaid Expenses | _____ | |
| Other (Itemize) | _____ | |
| Total Current Assets | | [_____] |
| | | |
| Property, Plant, and Equipment | _____ | |
| Accumulated Depreciation/Depletion | _____ | |
| Net Property, Plant, and Equipment | | [_____] |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | _____ | |
| Other (Itemize) | _____ | |
| Total Other Assets | | [_____] |
| **TOTAL ASSETS** | | [_____] |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | | |
| Accounts Payable | _____ | |
| Taxes Payable | _____ | |
| Notes Payable | _____ | |
| Professional fees | _____ | |
| Secured Debt | _____ | |
| Other (Itemize) | _____ | |
| Total Post-petition Liabilities | | [_____] |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | _____ | |
| Unsecured Liabilities | _____ | |
| Other (Itemize) | _____ | |
| Total Pre-petition Liabilities | | [_____] |
| **TOTAL LIABILITIES** | | [_____] |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | _____ | |
| Post-petition Profit/(Loss) | _____ | |
| Direct Charges to Equity | _____ | |
| **TOTAL EQUITY** | | [_____] |
| **TOTAL LIABILITIES & EQUITY** | | [_____] |

## XI. QUESTIONNAIRE

| | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

| | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
We are preparing a pro forma sales projection along with operating costs and plan to pay down secured and unsecured creditors.

Currently reviewing all revenue potential and costs associated with operating overhead to establish gross profits that will allow a CH11 Plan that will be executed accordingly.

4. Describe potential future developments which may have a significant impact on the case:
Delays in obtaining DIP Funding causes debtor inability to buy raw materials and fulfill PO's. Debtor is rebuilding its production base currently at 1 shift to 3 shifts beginning early January 2017

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
N/A

| | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I,  Richard Allen, CRO
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

12/19/16
Date

Page 16 of 16

Principal for debtor-in-possession

# Wells Fargo Combined Statement of Accounts



Primary account number:  **1488137645**  ■  November 1, 2016 - November 30, 2016  ■  Page 1 of 10

CAL PREMIUM TREATS, INC
DEBTOR IN POSSESSION
CH 11 CASE # 16-17522 (CCA)
19800 MACARTHUR BLVD STE 1000
IRVINE CA 92612-2433

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Get a clear look at the business financing process to decide if and when business credit is right for you. Visit wellsfargoworks.com/credit to find out more.

Credit decisions subject to credit qualification.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# Summary of accounts

## Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Business Choice Checking | 2 | 1488137645 | -4.48 | 3,506.52 |
| Wells Fargo Business Choice Checking | 3 | 1488137603 | 225.84 | 5,523.33 |
| Wells Fargo Business Choice Checking | 5 | 1488137611 | 321.75 | 31,710.84 |
| | **Total deposit accounts** | | **$543.11** | **$40,740.69** |

Primary account number:   **1488137645**   ■ November 1, 2016 - November 30, 2016   ■ Page 2 of 10



# Wells Fargo Business Choice Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | -$4.48 |
| Deposits/Credits | 3,525.00 |
| Withdrawals/Debits | - 14.00 |
| **Ending balance on 11/30** | **$3,506.52** |
| | |
| Average ledger balance this period | $1,870.52 |

Account number:   **1488137645**

**CAL PREMIUM TREATS, INC
DEBTOR IN POSSESSION**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Online Transfer From Cal Premium Treats, IN Ref #Ibev4Nrfns Business Checking Transferred From Operating Acct | 25.00 | | 20.52 |
| 11/14 | | Online Transfer From Cal Premium Treats, IN Ref #Ibekfm4Nq9 Business Checking Withholdings 91516 2441 | 2,500.00 | | 2,520.52 |
| 11/15 | | Online Transfer From Cal Premium Treats, IN Ref #Iber7Rl839 Business Checking Transfer to Tax Acct | 500.00 | | 3,020.52 |
| 11/21 | | Online Transfer From Cal Premium Treats, IN Ref #Iber7Srwrr Business Checking Transfer to Tax Acct | 500.00 | | 3,520.52 |
| 11/30 | | Monthly Service Fee | | 14.00 | 3,506.52 |
| **Ending balance on 11/30** | | | | | **3,506.52** |
| **Totals** | | | **$3,525.00** | **$14.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/01/2016 - 11/30/2016 | Standard monthly service fee $14.00 | You paid $14.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| ·  Average ledger balance | $7,500.00 | $1,871.00 | ☐ |
| ·  Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| ·  Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| ·  Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 | ☐ |
| -  Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 | ☐ |
| ·  Combined balances in linked accounts, which may include | $10,000.00 | | ☐ |
|    -  Average ledger balances in business checking, savings, and time accounts | | | |
|    -  Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |

Primary account number:  **1488137645**  ■ November 1, 2016 - November 30, 2016 ■ Page 3 of 10



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |

- For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information

wx/wx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

# Wells Fargo Business Choice Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $225.84 |
| Deposits/Credits | 38,500.00 |
| Withdrawals/Debits | - 33,202.51 |
| **Ending balance on 11/30** | **$5,523.33** |
| | |
| Average ledger balance this period | $2,253.79 |

Account number:  **1488137603**

**CAL PREMIUM TREATS, INC**
**DEBTOR IN POSSESSION**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/2 | 4561 | Check | | 100.00 | 125.84 |
| 11/9 | | Online Transfer From Cal Premium Treats, IN Ref #Ibe2Xc5Ktw Business Checking Transfer | 6,000.00 | | |
| 11/9 | 4577 | Cashed Check | | 1,000.00 | |
| 11/9 | 4565 | Check | | 2,120.30 | |
| 11/9 | 4571 | Check | | 2,124.28 | 881.26 |
| 11/14 | | Online Transfer From Cal Premium Treats, IN Ref #Ibenbnjvg2 Business Checking Payroll 91516 | 10,000.00 | | |
| 11/14 | 4574 | Cashed Check | | 1,115.15 | |
| 11/14 | 4567 | Cashed Check | | 1,085.22 | |
| 11/14 | 4563 | Check | | 1,203.50 | |
| 11/14 | 4569 | Check | | 886.83 | |
| 11/14 | 4562 | Check | | 914.19 | |
| 11/14 | 4568 | Check | | 1,251.14 | |
| 11/14 | 4570 | Check | | 1,263.97 | 3,161.26 |
| 11/15 | | Online Transfer From Cal Premium Treats, IN Ref #Ibe8Qj2P7Y Business Checking Transfer to Payroll Acct | 2,500.00 | | |
| 11/15 | 4580 | Cashed Check | | 1,399.47 | |
| 11/15 | 4566 | Check | | 515.94 | 3,745.85 |



**WELLS FARGO**

---

### *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/17 | 4576 | Check | | 92.50 | |
| 11/17 | 4575 | Check | | 158.75 | 3,494.60 |
| 11/21 | | Online Transfer From Cal Premium Treats, IN Ref #Ibe5Thtch Business Checking Transfer to Payroll | 1,000.00 | | |
| 11/21 | 4578 | Check | | 500.00 | |
| 11/21 | 4581 | Check | | 454.02 | |
| 11/21 | 4579 | Check | | 500.00 | 3,040.58 |
| 11/22 | 4584 | Check | | 1,000.00 | 2,040.58 |
| 11/23 | | Transfer IN Branch/Store - From Cal Premium Treats, Inc DDA xxxxxx7611 2560 N Perris Blvd Perris CA | 12,000.00 | | |
| 11/23 | 4597 | Check | | 730.01 | |
| 11/23 | 4595 | Check | | 961.51 | |
| 11/23 | 4591 | Check | | 1,017.45 | |
| 11/23 | 4593 | Check | | 2,120.30 | |
| 11/23 | 4599 | Check | | 1,143.80 | |
| 11/23 | 4598 | Check | | 2,137.02 | |
| 11/23 | 4596 | Check | | 983.66 | 4,946.83 |
| 11/25 | 4594 | Check | | 902.45 | 4,044.38 |
| 11/28 | 4590 | Check | | 1,006.61 | |
| 11/28 | 4600 | Check | | 500.00 | 2,537.77 |
| 11/29 | 4582 | Check | | 92.50 | |
| 11/29 | 4583 | Check | | 158.75 | 2,286.52 |
| 11/30 | | Online Transfer From Cal Premium Treats, Inc Ref #Ib0339S488 Business Checking Transfer to Payroll Acct | 7,000.00 | | |
| 11/30 | 4608 | Check | | 868.19 | |
| 11/30 | 4606 | Check | | 1,000.00 | |
| 11/30 | 4611 | Check | | 765.90 | |
| 11/30 | 4610 | Check | | 172.84 | |
| 11/30 | 4612 | Check | | 942.26 | |
| 11/30 | | Monthly Service Fee | | 14.00 | 5,523.33 |
| **Ending balance on 11/30** | | | | | **5,523.33** |
| **Totals** | | | **$38,500.00** | **$33,202.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4561 | 11/2 | 100.00 | 4576 | 11/17 | 92.50 | 4594 | 11/25 | 902.45 |
| 4562 | 11/14 | 914.19 | 4577 | 11/9 | 1,000.00 | 4595 | 11/23 | 961.51 |
| 4563 | 11/14 | 1,203.50 | 4578 | 11/21 | 500.00 | 4596 | 11/23 | 983.66 |
| 4565 * | 11/9 | 2,120.30 | 4579 | 11/21 | 500.00 | 4597 | 11/23 | 730.01 |
| 4566 | 11/15 | 515.94 | 4580 | 11/15 | 1,399.47 | 4598 | 11/23 | 2,137.02 |
| 4567 | 11/14 | 1,085.22 | 4581 | 11/21 | 454.02 | 4599 | 11/23 | 1,143.80 |
| 4568 | 11/14 | 1,251.14 | 4582 | 11/29 | 92.50 | 4600 | 11/28 | 500.00 |
| 4569 | 11/14 | 886.83 | 4583 | 11/29 | 158.75 | 4606 * | 11/30 | 1,000.00 |
| 4570 | 11/14 | 1,263.97 | 4584 | 11/22 | 1,000.00 | 4608 * | 11/30 | 868.19 |
| 4571 | 11/9 | 2,124.28 | 4590 * | 11/28 | 1,006.61 | 4610 * | 11/30 | 172.84 |
| 4574 * | 11/14 | 1,115.15 | 4591 | 11/23 | 1,017.45 | 4611 | 11/30 | 765.90 |
| 4575 | 11/17 | 158.75 | 4593 * | 11/23 | 2,120.30 | 4612 | 11/30 | 942.26 |

*   *Gap in check sequence.*

Primary account number:   **1488137645**   ■ November 1, 2016 - November 30, 2016   ■ Page 5 of 10



---

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/01/2016 - 11/30/2016 | Standard monthly service fee $14.00 | You paid $14.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $7,500.00 | $2,254.00 ☐ |
| ·  Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| ·  Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| ·  Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| ·  Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| ·  Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| -  Average ledger balances in business checking, savings, and time accounts | | |
| -  Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| -  For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

---

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 37 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

# Wells Fargo Business Choice Checking

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $321.75 |
| Deposits/Credits | 133,078.36 |
| Withdrawals/Debits | -  101,689.27 |
| **Ending balance on 11/30** | **$31,710.84** |
| Average ledger balance this period | $18,196.78 |

Account number:   **1488137611**

**CAL PREMIUM TREATS, INC**
**DEBTOR IN POSSESSION**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Purchase authorized on 10/31 Costco Whse #0638 LA Quinta CA S386305841927506 Card 7386 | | 66.95 | |
| 11/1 | | Online Transfer to Cal Premium Treats, Inc Ref #Ibev4Nrfns Business Checking Transferred From Operating Acct | | 25.00 | 229.80 |
| 11/7 | | Recurring Payment authorized on 11/04 Vbs*Vonage Busines 866-901-0242 GA S306309219314462 Card 7386 | | 287.74 | |
| 11/7 | 3522 | Deposited OR Cashed Check | | 171.78 | -229.72 |
| 11/8 | | Card Final Credit 11108167636 | 287.74 | | |
| 11/8 | | Online Dep Detail & Images - Bob | | 3.00 | 55.02 |
| 11/9 | | Thejmsmuckerco Vendor Pmt 161108 959753 Cal Premium Treats Inc | 34,440.22 | | |
| 11/9 | | Wire Trans Svc Charge - Sequence: 161109081971 Srf# Ow00000131167958 Trn#161109081971 Rfb# Ow00000131167958 | | 30.00 | |
| 11/9 | | Wire Trans Svc Charge - Sequence: 161109102986 Srf# 0072347314843694 Trn#161109102986 Rfb# | | 30.00 | |
| 11/9 | | Wire Trans Svc Charge - Sequence: 161109103107 Srf# 0072347314864694 Trn#161109103107 Rfb# | | 30.00 | |
| 11/9 | | WT Fed#08299 Jpmorgan Chase Ban /Ftr/Bnf=Praxair Inc Srf# Ow00000131167958 Trn#161109081971 Rfb# Ow00000131167958 | | 5,000.00 | |
| 11/9 | | Online Transfer to Cal Premium Treats, Inc Ref #Ibe2Xc5Ktw Business Checking Transfer | | 6,000.00 | |
| 11/9 | | WT Fed#00642 Jpmorgan Chase Ban /Ftr/Bnf=Praxair Inc. Srf# 0072347314843694 Trn#161109102986 Rfb# | | 360.00 | |
| 11/9 | | WT Fed#00655 The Privatebank An /Ftr/Bnf=Franklin Capital Network Srf# 0072347314864694 Trn#161109103107 Rfb# | | 10,030.00 | |
| 11/9 | 3543 | Deposited OR Cashed Check | | 1,000.00 | |
| 11/9 | 3546 | Deposited OR Cashed Check | | 4,000.00 | |
| 11/9 | 3539 | Check | | 2,018.90 | 5,996.34 |
| 11/10 | | Thejmsmuckerco Vendor Pmt 161109 959753 Cal Premium Treats Inc | 46,850.46 | | |
| 11/10 | 3544 | Check | | 1,000.00 | |
| 11/10 | 3545 | Check | | 4,000.00 | 47,846.80 |
| 11/14 | | Online Transfer to Cal Premium Treats, Inc Ref #Ibenbnjvg2 Business Checking Payroll 91516 | | 10,000.00 | |
| 11/14 | | Online Transfer to Cal Premium Treats, Inc Ref #Ibekfm4Nq9 Business Checking Withholdings 91516 2441 | | 2,500.00 | 35,346.80 |
| 11/15 | | Online Transfer to Cal Premium Treats, Inc Ref #Ibe8Qj2P7Y Business Checking Transfer to Payroll Acct | | 2,500.00 | |
| 11/15 | | Online Transfer to Cal Premium Treats, Inc Ref #Iber7Rl839 Business Checking Transfer to Tax Acct | | 500.00 | 32,346.80 |
| 11/16 | | Wire Trans Svc Charge - Sequence: 161116082355 Srf# Ow00000131982435 Trn#161116082355 Rfb# Ow00000131982435 | | 30.00 | |
| 11/16 | | WT Fed#08942 Jpmorgan Chase Ban /Ftr/Bnf=Praxair Inc Srf# Ow00000131982435 Trn#161116082355 Rfb# Ow00000131982435 | | 1,810.00 | |
| 11/16 | 3538 | Check | | 904.80 | |
| 11/16 | 3547 | Check | | 6,517.71 | 23,084.29 |
| 11/17 | | Wire Trans Svc Charge - Sequence: 161117000860 Srf# Ow00000132017559 Trn#161117000860 Rfb# Ow00000132017559 | | 30.00 | |
| 11/17 | | WT Fed#00072 Jpmorgan Chase Ban /Ftr/Bnf=Praxair Inc Srf# Ow00000132017559 Trn#161117000860 Rfb# Ow00000132017559 | | 1,350.00 | |
| 11/17 | 3537 | Check | | 228.90 | 21,475.39 |
| 11/18 | | Wire Trans Svc Charge - Sequence: 161118000905 Srf# Ow00000132162260 Trn#161118000905 Rfb# Ow00000132162260 | | 30.00 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/18 | | WT Fed#00046 Bank of America, N /Ftr/Bnf=Coyote Logistics Srf# Ow0000132162260 Trn#161118000905 Rfb# Ow0000132162260 | | 1,125.00 | |
| 11/18 | 3548 | Check | | 2,306.00 | |
| 11/18 | 3549 | Check | | 2,575.00 | 15,439.39 |
| 11/21 | | Online Transfer to Cal Premium Treats, Inc Ref #Ibe5Ththch Business Checking Transfer to Payroll | | 1,000.00 | |
| 11/21 | | Online Transfer to Cal Premium Treats, Inc Ref #Iber7Srwrr Business Checking Transfer to Tax Acct | | 500.00 | |
| 11/21 | | Purchase authorized on 11/20 Costco Whse #0638 LA Quinta CA S306325856645549 Card 8930 | | 133.90 | |
| 11/21 | 3552 | Deposited OR Cashed Check | | 2,000.00 | |
| 11/21 | 3558 | Cashed Check | | 300.00 | |
| 11/21 | 3535 | Deposited OR Cashed Check | | 167.40 | |
| 11/21 | 3534 | Check | | 550.53 | |
| 11/21 | 3550 | Check | | 461.10 | 10,326.46 |
| 11/22 | | Wire Trans Svc Charge - Sequence: 161122097228 Srf# Ow00000132690557 Trn#161122097228 Rfb# Ow00000132690557 | | 30.00 | |
| 11/22 | | Purchase authorized on 11/21 Claim Jumper Coron Corona CA S466326841110876 Card 8930 | | 53.32 | |
| 11/22 | | WT Fed#00612 Bank of America, N /Ftr/Bnf=Coyote Logistics Srf# Ow00000132690557 Trn#161122097228 Rfb# Ow00000132690557 | | 1,125.00 | |
| 11/22 | 3557 | Check | | 21.88 | 9,096.26 |
| 11/23 | | WT Fed#01006 The Privatebank An /Org=Fcfs Inc. Srf# 20163280299000 Trn#161123119877 Rfb# | 26,357.20 | | |
| 11/23 | | Wire Trans Svc Charge - Sequence: 161123119877 Srf# 20163280299000 Trn#161123119877 Rfb# | | 15.00 | |
| 11/23 | | Purchase authorized on 11/22 Intuit *Quickbooks 800-446-8848 CA S466326665742437 Card 8930 | | 193.33 | |
| 11/23 | | Purchase authorized on 11/22 Costco Whse #0638 LA Quinta CA S586327730986023 Card 3972 | | 122.79 | |
| 11/23 | | Transfer IN Branch/Store - to Cal Premium Treats, Inc DDA xxxxxx7603 2560 N Perris Blvd Perris CA | | 12,000.00 | |
| 11/23 | 3561 | Cashed Check | | 650.00 | |
| 11/23 | 3562 | Deposited OR Cashed Check | | 2,000.00 | |
| 11/23 | 3553 | Check | | 37.98 | |
| 11/23 | 3554 | Check | | 105.91 | |
| 11/23 | 3555 | Check | | 2,791.79 | 17,536.66 |
| 11/25 | | Purchase authorized on 11/23 Logmeininc.Com Logmein.Com MA S386327830405692 Card 3972 | | 233.36 | |
| 11/25 | 3513 | Check | | 436.00 | |
| 11/25 | 3563 | Check | | 750.00 | 16,117.30 |
| 11/28 | | Purchase authorized on 11/26 Stuft Pizza Bar & LA Quinta CA S386332194747571 Card 3972 | | 175.21 | |
| 11/28 | 3567 | Cashed Check | | 557.00 | |
| 11/28 | 3566 | Check | | 1,000.00 | 14,385.09 |
| 11/29 | | WT Fed#00752 The Privatebank An /Org=Fcfs Inc. Srf# 20163340288900 Trn#161129148351 Rfb# | 25,142.74 | | |
| 11/29 | | Wire Trans Svc Charge - Sequence: 161129148351 Srf# 20163340288900 Trn#161129148351 Rfb# | | 15.00 | 39,512.83 |
| 11/30 | | Purchase authorized on 11/30 Superior Paper & P Los Angeles CA S306335009898901 Card 3972 | | 501.99 | |

Primary account number:   **1488137645**   ■ November 1, 2016 - November 30, 2016   ■ Page 8 of 10



---

### *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 11/30 | | Online Transfer to Cal Premium Treats, Inc Ref #Ib0339S488 Business Checking Transfer to Payroll Acct | | 7,000.00 | |
| 11/30 | 3569 | Check | | 300.00 | 31,710.84 |
| **Ending balance on 11/30** | | | | | **31,710.84** |
| **Totals** | | | **$133,078.36** | **$101,689.27** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 3513 | 11/25 | 436.00 | 3545 | 11/10 | 4,000.00 | 3555 | 11/23 | 2,791.79 |
| 3522 * | 11/7 | 171.78 | 3546 | 11/9 | 4,000.00 | 3557 * | 11/22 | 21.88 |
| 3534 * | 11/21 | 550.53 | 3547 | 11/16 | 6,517.71 | 3558 | 11/21 | 300.00 |
| 3535 | 11/21 | 167.40 | 3548 | 11/18 | 2,306.00 | 3561 * | 11/23 | 650.00 |
| 3537 * | 11/17 | 228.90 | 3549 | 11/18 | 2,575.00 | 3562 | 11/23 | 2,000.00 |
| 3538 | 11/16 | 904.80 | 3550 | 11/21 | 461.10 | 3563 | 11/25 | 750.00 |
| 3539 | 11/9 | 2,018.90 | 3552 * | 11/21 | 2,000.00 | 3566 * | 11/28 | 1,000.00 |
| 3543 * | 11/9 | 1,000.00 | 3553 | 11/23 | 37.98 | 3567 | 11/28 | 557.00 |
| 3544 | 11/10 | 1,000.00 | 3554 | 11/23 | 105.91 | 3569 * | 11/30 | 300.00 |

*   * Gap in check sequence.*

### Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 11/4 | Check Reference # 00007306008616244899 | 33.80 |
| 11/8 | Check Reference # 00007340008717749789 | 33.80 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/01/2016 - 11/30/2016 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Average ledger balance | $7,500.00 | $18,197.00 ☑ |
| ·  Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| ·  Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| ·  Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 9 ☐ |
| -  Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| ·  Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| -  Average ledger balances in business checking, savings, and time accounts | | |
| -  Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| -  For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wx/wx

Primary account number:  **1488137645**   ■ November 1, 2016 - November 30, 2016   ■ Page 9 of 10



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 29 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Primary account number:  **1488137645**  ■ November 1, 2016 - November 30, 2016  ■ Page 10 of 10



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801