Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

General Insolvency Counsel for Cal Premium Treats, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>Cal Premium Treats, Inc.,<br><br>        Debtor and<br>        Debtor-In-Possession. | Case No. 6:16-bk-17522-SC<br><br>Chapter 11<br><br>STIPULATION BETWEEN DEBTOR CAL PREMIUM TREATS, INC. AND SECURED CREDITORS U.S. EMPLOYMENT DEVELOPMENT LENDING, LLC, U.S. SMALL BUSINESS ADMINISTRATION AND THE OFFICE OF THE U.S. TRUSTEE RE: DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND OBJECTIONS TO CLAIMS<br><br>[ORDER APPROVING STIPULATION UPLOADED VIA LOU CONCURRENTLY HEREWITH]<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE, RIVERSIDE DIVISION; AND OTHER PARTIES ENTITLED TO NOTICE:**

    Debtor and Debtor-in-Possession, Cal Premium Treats, Inc. ("CPT" or "Debtor") and U.S. Employment Development Lending, LLC ("EB5 Lender"), U.S. Small Business Administration ("SBA"), and the Office of the United States Trustee ("UST"), all parties through their counsel of record, submit the following *Stipulation To Extend The Deadline For Debtor To File Its Chapter 11 Plan and Disclosure Statement and Objections to Claims* ("*Stipulation*").

///

1    **WHEREAS**, on or about August 22, 2016, the Debtor filed the above-captioned Chapter 11 Voluntary Bankruptcy Petition.

**WHEREAS**, the Debtor filed its *Notice of Bar Date for Filing Proofs of Claim* on October 21, 2016, ECF Docket No. 54.

**WHEREAS**, the Debtor filed its *Notice of Court's Scheduling Order Re: Debtor's Chapter 11* on October 21, 2016, ECF Docket No. 55.

**WHEREAS**, the Court entered the *Order Setting Last Day to File Proofs of Claim Due December 23, 2016* on October 25, 2016, ECF No. 57.

**WHEREAS**, pursuant to the Status Conference held on November 15, 2016, the Court set March 30, 2017 as the deadline for the Plan and Disclose Statement and the deadline to file objection to claims to be filed and served, ECF Docket No. 79.

**WHEREAS**, the Debtor filed *Court's Amended Scheduling Order Re: Debtor's Chapter 11* Status on February 17, 2017, ECF Docket No. 95.

**WHEREAS**, the Debtor has advised parties in interest that it is in the process of selling substantially all of its business assets, whereby the Debtor expects to file on or before March 22, 2017 its *Motion Re: Sale Procedures and thereafter its Motion for Order Re: Sale of Substantially All of Its Assets and Overbids*, thus all interested parties believe a better use of the estate's resources for the next 60-75 days will be to complete the sale, then switch efforts to how most efficiently to conclude the Debtor's bankruptcy case.

**WHEREAS**, on or about March 1, 2017, the Office of the United States Trustee filed its *Motion to Convert or Dismiss the Debtor's Chapter 11 Case* (ECF No. 98).  The Hearing on the U.S. Trustee's *Conversion/Dismissal Motion* is scheduled for April 4, 2017 at 1:30 p.m.  The Debtor and the U.S. Trustee have agreed to continue the U.S. Trustee's *Conversion/Dismissal Motion* to July 18, 2017 at 1:30 p.m. based on the following conditions:

1.    The Debtor shall remain in complete compliance with all U.S. Trustee Compliance requirements, including but without limitation, file timely U.S. Trustee Monthly Operating Reports and payment of U.S. Trustee Quarterly Fees; and

*///*

2. In the event of any default of the Debtor's U.S. Trustee's compliance obligations, the U.S. Trustee may file a Declaration Re: Default of Debtor's Compliance, and the U.S. Trustee would request a hearing where the exclusive issues for the Court to determine will be: (a) whether the Debtor defaulted on any of the U.S. Trustee's compliance requirements; and (b) whether dismissal or conversion is in the best interest of the Debtor's bankruptcy estate.

**WHEREAS**, based on the agreement of the Parties, all through their counsel, and for good cause, the Debtor's deadline to file its Chapter 11 Plan and Disclosure Statement and Objection to Claims is on or before July 1, 2017.

**WHEREFORE**, for good cause, and based on the agreement of the Parties, the *Stipulation* provided herein is agreed to.

**IT IS SO STIPULATED** by Debtor, Cal Premium Treats, Inc., U.S. Employment Development Lending, LLC, U.S. Small Business Administration ("SBA"), and the Office of the United States Trustee, through their respective counsel of record, as follows:

Subject to Court approval, the deadline for the Debtor to file its Chapter 11 Plan and Disclosure Statement and Objections to Claims shall be on or before July 1, 2017.

**IT IS FURTHER SO STIPULATED** that the U.S. Trustee's *Conversion/Dismissal Motion* (ECF No. 98) is continued to July 18, 2017 at 1:30 p.m.

**SUBMITTED BY:**

                                          **POLIS & ASSOCIATES, APLC**

DATED: March 16, 2017          By: /s/ Thomas J. Polis
                                          Thomas J. Polis, Esq.
                                          **Counsel for Debtor and Debtor-in-Possession**
                                          **Cal Premium Treats, Inc.**

                                          **PETER C. ANDERSON**
                                          **Assistant United States Trustee**
                                          **United States Department of Justice**
                                          **Office of the United States Trustee**

DATED: March 16, 2017          By: /s/ Mohammad Tehrani
                                            **Mohammad Tehrani, Esq.**
                                            **Trial Attorney**

```
 1                                              Sandra R. Brown
                                                ~~EILEEN M. DECKER~~
                                           Acting United States Attorney
 2                                              DOROTHY A. SCHOUTEN
                                                Assistant United States Attorney
 3                                              Chief, Civil Division

 4    DATED: March 15, 2017           By:  /s/ Elan S. Levey
 5                                              Elan S. Levey, Esq.
                                                Assistant United States Attorney
 6                                              Attorneys for U.S. Small Business Administration

 7

 8                                              REID & HELLYER

 9

10    DATED: March ____, 2017         By: _____
                                                Doug Plazak, Esq.
11                                              Counsel for U.S. Employment Dev. Lending
```

|     |                              |                                                                                                                                      |
| --- | ---------------------------- | ------------------------------------------------------------------------------------------------------------------------------------ |
| 1   |                              | **EILEEN M. DECKER**<br>United States Attorney                                                                                       |
| 2   |                              | **DOROTHY A. SCHOUTEN**<br>Assistant United States Attorney                                                                          |
| 3   |                              | Chief, Civil Division                                                                                                                |
| 4   |                              |                                                                                                                                      |
| 5   | DATED: March_____, 2017     | By: _____<br>Elan S. Levey, Esq.                                                                            |
| 6   |                              | Assistant United States Attorney<br>Attorneys for U.S. Small Business Administration                                                 |
| 7   |                              |                                                                                                                                      |
| 8   |                              | **REID & HELLYER**                                                                                                                   |
| 9   |                              |                                                                                                                                      |
| 10  | DATED: March _15_, 2017      | By: _____<br>Doug Plazak, Esq. *Alex Payne*                                                                 |
| 11  |                              | Counsel for U.S. Employment Dev. Lending                                                                                             |

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES**
A Professional Law Corporation
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433

A true and correct copy of the foregoing document described **STIPULATION BETWEEN DEBTOR CAL PREMIUM TREATS, INC. AND SECURED CREDITORS U.S. EMPLOYMENT DEVELOPMENT LENDING, LLC, U.S. SMALL BUSINESS ADMINISTRATION AND OFFICE OF THE U.S. TRUSTEE RE: DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 16, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John A Boyd     fednotice@tclaw.net
Michael J Bujold     Michael.J.Bujold@usdoj.gov
Richard K Diamond     rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
Bryan S Owens     bowens@bowenslaw.com
Valerie B Peo     vbantnerpeo@buchalter.com
Douglas A Plazak     dplazak@rhlaw.com
Hilton A Ryder     hilton.ryder@mccormickbarstow.com, rosanne.dodson@mccormickbarstow.com
Troy G Sexton     tsexton@portlaw.com
Mohammad Tehrani     Mohammad.V.Tehrani@usdoj.gov
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **March 16, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL,  FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Golden State Overnight Courier**
Honorable Scott C. Clarkson, U.S. Bankruptcy Court, 411 W. Fourth St., Ste. 5130, Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2017 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                             F 9013-3.1

5