Michael B. Reynolds (#174534)
Jasmin Yang (#255254)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
E-mail: mreynolds@swlaw.com
           jyang@swlaw.com

Attorneys for TREIF USA Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>CAL PREMIUM TREATS,<br><br>Debtor. | CASE NO.: 6:16-bk-17522-SC<br><br>CHAPTER 11<br><br>**SUPPLEMENTAL DECLARATION OF ALICIA A. KIDD IN SUPPORT OF MOTION FOR RELIEF FROM STAY**<br><br>Date: May 2, 2017<br>Time: 1:30 p.m.<br>Location: Video Courtroom 126<br>      3420 Twelfth Street<br>      Riverside, CA 92501<br><br>Petition filed: August 22, 2016 |

I, Alicia A. Kidd, declare as follows:

1.     I am employed by TREIF USA Inc. ("TREIF"). I make this Declaration in support of Motion for Relief from Stay (the "Motion"). TREIF is the business of manufacturing and selling commercial food cutting machines that are used throughout the food processing industry.

2. As an Operations Manager of TREIF, it is part of my job to manage delinquent accounts, review the files of accounts that are in default under TREIF's sales agreements, and to work with customers to resolve the delinquency, and, if necessary, to oversee the legal enforcement of the sales agreements. As part of my job duties, I establish plans to recover the outstanding balance on delinquent accounts, obtain customer data and documentation to implement modified payment plans, and maintain files of written correspondence and reports.

3. On or about June 5, 2015, Cal Premium Treats (the "Debtor") placed an order for a TREIF Puma FB Portion Cutting Machine (the "Cutting Machine"). In connection with this order, John Keller, on behalf of the Debtor, executed that certain Order Confirmation which incorporates TREIF's General Terms and Conditions (the Order Confirmation and Terms and Conditions are hereinafter collectively referred to as the "Sale Agreement"). I attach a true and correct copy of the executed Sales Agreement as Exhibit A to this Declaration and incorporate it herein by this reference.

4. Pursuant to Order Confirmation, title to the Cutting Machine does not pass until the Debtor completes all of the payments required under the Sale Agreement.

5. In June 2015, TREIF shipped the Cutting Machine to the Debtor at 20343 Harvill Avenue, Perris, California 92570.

6. Despite repeated demand, the Debtor refused to pay the amounts owed under the Sale Agreement. The Debtor has not made any payments to TREIF since May 3, 2016. I attach a copy of a statement reflecting the payments the Debtor did make as Exhibit B to this Declaration and incorporate it herein by this reference.

7. As of the date of this Declaration, the amount owed by the Debtor to TREIF is no less than $46,277.22, calculated as follows:

Principal:    $38,239.60[1]

Interest:    $ 5,867.95[2]

Total:    $46,277.22

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22 day of MARCH 2017 at Shelton, Connecticut.

*(signed)*

Alicia A. Kidd

---

[1] Takes into account the only payments the Debtor has made which were: (1) 6/9/15 in the amount of $885.00; (2) 1/12/16 in the amount of $1,000.00; (3) 2/12/16 in the amount of $2,000.00; and 5/3/16 in the amount of $1,000.00.

[2] Per Section 3.3 of the Sales Agreement, interest accrues on unpaid amounts at 1.5%/month at a per diem amount of $18.86/day.

- 3 -

DECLARATION OF ALICIA A. KIDD ISO MOTION FOR RELIEF FROM STAY

4822-9546-7588

# EXHIBIT A

# EXHIBIT A

Passion for Food Cutting 

June 5th 2015

Cal Premium Treats
John Keller
20343 Harvill Ave
Perris, CA  92570

**Order Confirmation #31057**
**PUMA FB Quotation 46823**

Dear John,

Thank you very much for your verbal Purchase Order from today, June 5th 2015 for one (1) PUMA FB Portion cutting machine.

Hereby attached you may find our order confirmation including all commercial details and we kindly request you to initial and date each page, sign the Pricing page, and fax back to the office at 203-929-9949 by close of business on Friday, June 5th 2015.

The delivery time as well as the payment condition has been stipulated within the order confirmation under the relevant paragraphs.

We trust to have served you well, and take this opportunity to thank you once again for the confidence you have in TREIF USA and our "Passion for Food Cutting."

Best Regards,

Richard Repollet
*Industry Sales Manager*

**TREIF USA, Inc.**
50 Waterview Drive, Suite 130
Shelton, CT 06484
Office:  203-929-9930
Cell:  203 451-4503
Fax: 203-929-9949
Richard.Repollet@treif.com
www.Treif.com



**Passion for Food Cutting**

# ORDER CONFIRMATION

## 1 (One) PUMA 700 FB



(picture shows PUMA F)

### TREIF'S PHILOSOPHY
- No compromises when it comes to slicing or portion cutting
- High quality for your product
- The highest degree of hygiene and safety
- A compact footprint
- Easy to operate & clean
- High performance level

### CUSTOMER'S PRODUCT INFORMATION

Detailed product information to be supplied by customer

| Product | Processing temperature | First cut / Residual piece | Slice thickness/ slices per stack | Products in chamber |
|---|---|---|---|---|
| Chicken roll slab 762mm L x 51mm H x 152mm W (needs to be cut to fit the chamber of 700mm) | 28F | TBD | 8mm | One product |

Initial & Date  6/8/15

2

Passion for Food Cutting 

# ORDER CONFIRMATION

### THE PRINCIPLE OF OPERATION

The PUMA FB portion cutting machine cuts steaks, chops, cutlets and other products with speed and accuracy into precise weights. With the PUMA FB you can also cut salami, cold cuts, bacon and numerous other products into exact, wafer-thin slices – and with a quality that you could otherwise only get from a slicer.

The PUMA FB is the only portion cutter that can also slice and shingle products; "blank cutting technology" makes it possible. The intervals are set by stopping the product in feed while the blade continues to rotate. The PUMA FB is equipped with an intelligent product holder with individually sprung teeth which hold the product in place.

TREIF will adapt our standard machines to your products and particular conditions. Whether it is special blade constructions or in-feed and discharge belts – our specialist team fill find the ideal solution for your requirements.

TREIF's technology always ensures a consistent slice thickness and a clean cut.

  

### HYGIENE

With its hygienic and ergonomic design the PUMA leaves left-over particles no chance!

All PUMA models are completely made of stainless steel and engineered so that product particles can easily run off. The stainless steel housing is pore less and welded together to be watertight. All the important component parts are easily accessible for cleaning and can be dismantled simply and safely. The inside of the PUMA is shielded completely against moisture and residue, so the machine can be in operation continuously and without disruption. TREIF is the only manufacturer of portion cutters that has developed a labyrinth guide-way that runs completely outside the food area. With the guide-way outside the food area the drives are effectively and safely protected.

Initial & Date 6/8/15

3

Exhibit A
Page 6

**Passion for Food Cutting** 

# ORDER CONFIRMATION



## TREIF's PUMA 700 FB TECHNICAL DATA

- Maximum cuts per minute: 400 (with double knife)
- Maximum cut-off length: $^{1}/_{64}"$ – 9 ½"
- Cross section of product: 8" x 9 ½"
- Maximum In-feed length: 27 ½" x 43"
- Machine Length: 113"
- Machine Width: 35"
- Machine Height: 57"
- Voltage: 220 V -60Hz – 3PE

Specifications are subject to modifications for technical progress.



Initial & Date

4



Passion for Food Cutting    TREF

# ORDER CONFIRMATION

**PRICING**
1 (one): PUMA 700 FB                                                                $ 43,100.00
- Includes the machine with conveyor out feed belt
- One (1) hollow edge knife
- Cutting Chamber cross section 8 ½" x 9 ½", max product length 27 ½"
- Double knife max. 400 cuts 0 – 1 $^{3}/_{16}$"
- Single knife max. 200 cuts 0 – 9 $^{7}/_{8}$"
- Adjustable return travel limitation
- Variable product gripper or multi-gripper
- Fast-forward positioning function

**-20% discount**                                                                    $  8,620.00

**Special pricing**                                                                  $ 34,480.00

**Additional:**
1 (one) hollow edge knife                                                            $  1,985.00
1 (one) knife protection                                                             $  1,480.00

**Freight costs**
Freight and insurance for inland transport from Shelton, CT to
your premises in Perris, CA will amount to:                                          $  1,075.00

**Installation, Start-up and training**
Installation, Start-up and training over a period of approx. 1 day
(including travel time); per person, per day                                         included

**Travel costs might be additional as incurred.**

Signature and Date: _____

Initial & Date  6/8/15                                                                       5



Exhibit A
Page 8

Passion for Food Cutting 

# ORDER CONFIRMATION

## TERMS OF DELIVERY AND PAYMENT

**PRICES**

Ex Works Shelton CT; installation, start-up and training is included for 1 day. Travel costs might be additional as incurred.
**8% CA Sales Tax is not included in prices above.**

**DELIVERY TIME:**

**We currently have one machine available at a first come, first serve basis. The machine can be delivered immediately ex stock Shelton, CT.**
*Alternatively, the expected delivery time will be 14 – 18 weeks after receipt of a written order, the relevant down payment and the clarification of all technical details.*

**WIRE TRANSFER:**

Bank of America
1 Trap Falls Rd
Shelton, CT 06484

Routing number for EFT: 026009593
ACH routing number: 011900254
Acct number: 009439410867
Swift code: BOFAUS3N

**PAYMENT:**

10 % down payment before shipment
(Please send the payment via Bank Check or Wire transfer. For payments via regular check, the delivery time could be up to two weeks from receipt of the check if the machine is in stock)

**90%** payment due immediately but not later than 30 days from ship date

**The PUMA FB is property of TREIF USA, Inc. until the machine is paid in full.**

**WARRANTY:**

2000 hours of operation or one year, whichever expires first.

**CONDITIONS FOR DELIVERY & SUPPLY:**

TREIF's general terms and conditions for delivery and supply which are provided with this Order confirmation are applicable. The specific terms outlined on this page supersede TREIF's general terms and conditions for delivery and supply.

Initial & Date [signature] 4/8/15

6

Exhibit A
Page 9

**TREIF USA, Inc.**
FOOD TECHNOLOGY
50 Waterview Drive, Suite 130
Shelton, CT 06484

Telephone: 203-929-9930
Fax: 203-929-9949
eMail: treifusa@treif.com
Internet: http://www.treif.com

 

|  | **Quotation** | **46823** |
|---|---|---|
| Date: | | 6/3/15 |
| Page: | | 1 of 6 |
| Contact: | | Richard Repollet |
| Telephone: | | 001-203-929-9930 |
| Fax: | | 001-203-929-9949 |
| Responsible office: | | Cornelia Bischoff |
| Telephone: | | 001 203 929 9930 |
| Fax: | | 001 203 929 9949 |
| eMail: | | cornelia.bischoff@treif.com |
| **Customer number:** | | **18331.004** |
| Quotation valid until: | | 7/3/15 |

Cal Premium Treats
20343 Harvill Ave
Perris, CA 92570

PUMA FB Quotation

8% CA Sales Tax is not included in pricing below.

| Pos. | Part-no. | Description | Quantity | Unit | Unit price | Total price |
|---|---|---|---|---|---|---|
| 10 | 195240 | **PUMA 700 F  - 1921, 1924, 3921, 3923** | 1.00 | pc | 43,100.00 | 43,100.00 US$ |
| | | **Equipment:** | | | | |
| | | - ( 195172 )   electrical parts/serial plate; PUMA FB 220 V, 60 Hz, 3-PE | | | | |
| | | - ( 175074 )   machine housing - machine incl. ourfeeding belt | | | | |
| | | - ( 173068 )   outfeeding chamber for PUMA with belt | | | | |
| | | - ( 195111 )   conveyor belt frame TM; Standard 1600 mm | | | | |
| | | - ( 117485 )   counter blade TM -1924; conv. belt adjustable | | | | |
| | | - ( 122733 )   product holder BG; 4 teeth, manual | | | | |
| | | - ( 33219 )    down holder; width 60 mm | | | | |
| | | - ( 123845 )   manual PUMA-CE/F  (+B); -English- | | | | |
| | | - ( 145710 )   knife, short edge for knife prot.; hollow grind | | | | |
| 20 | | **freight charges** | 1.00 | pc | | |
| | | to be determined | | | | |
| 30 | V0055 | **Labor Costs** | 2.00 | days | 1,000.00 | 2,000.00 US$ |
| | | installation, start-up and training, per Person, per day (including travel time) Travel costs might be additional as incurred. | | | | |
| | | **Total value** | | | | **45,100.00 US$** |

| | **Quotation** | **46823** |
|---|---|---|
| | Date: | 6/3/15 |
| | Page: | 2 of 6 |

**Terms of delivery:**   Ex Works Shelton, CT
**Terms of payment:**   100% down payment with the order

| | |
|---|---|
| **Quotation** | 46823 |
| Date: | 6/3/15 |
| Page: | 3 of 6 |

**TREIF'S GENERAL TERMS AND CONDITIONS FOR DELIVERY AND SUPPLY**

TREIF USA Inc.
50 Waterview Drive, Suite 130
Shelton, CT 06484

Tel. (203) 929-9930
Fax: (203) 929-9949

Email: info@treif.com
Website: www.treif.com

These General Terms and Conditions of Sale and Delivery (these "Terms") are applicable to all U.S. customers (the "Customers" and each, individually, a "Customer") of Treif USA Inc., a Delaware corporation (the "Company").

1. Terms and Conditions of Sale:
1.1. Company shall sell and deliver to Customer and Customer shall purchase and accept from Company the products (herein, the "Products") described on or in any confirmed order, agreement or quotation, or any combination thereof (the "Order"), pursuant to the terms and conditions of the Order and those specified below, which taken together shall constitute the entire agreement between Company and Customer regarding the Products (herein, this "Agreement").

1.2. No other terms or conditions shall be of any effect unless otherwise specifically agreed to by Company in a separate written agreement duly signed by an officer of the Company. Customer will be deemed to have assented to all Terms if any part of the Products is accepted by the Customer. If Customer finds any Term not acceptable, Customer must so notify the Company at once and must reject the Products delivered under this Agreement. Any additional or different terms or conditions contained in Customer's order or response hereto shall be deemed objected to by Company and shall be of no effect. No general terms and conditions of a Customer shall at any time form a part of the content of any contract or agreement between the Customer and the Company, even if they are not further expressly rejected by the Company.

1.3. Unless otherwise agreed in writing, all quotations for Products are valid for a period of three (3) months from the date of issue. Subsequent modifications in quantity or quality, if such are requested by Customer, generally will cause a modification of the quoted price. Drawings and samples enclosed with any quotation remain the property of Company. All drawings and samples shall be treated confidentially by Customer and must be returned to Company after usage.

1.4. No Order is binding upon the Company until the earlier of acceptance of the Order in writing or the delivery of the Products to the Customer. Notwithstanding any prior acceptance of an Order by Company, Company shall have no obligation if the Customer is in breach of any of its obligations hereunder, or any other agreement between the Customer and Company, at the time Company's performance was due.

1.5. All verbal agreements concerning the terms of any Order, including agreements made by telephone, shall have no force and effect unless and until acknowledged by the Company in writing.

1.6. Customer shall bear all costs associated with the cancellation or modification of the Order.

2. Prices:
2.1. All price quotations are FOB Shelton (per Incoterms 2000) from Company's principal place of business, and do not include costs for packaging, postage or other freight charges, insurance or taxes, if any.

2.2. The price of the Products shall be the Company's current prices in effect from time to time. A price list is available on request.

|  |  |
|---|---|
| **Quotation** | **46823** |
| Date: | 6/3/15 |
| Page: | 4 of 6 |

2.3. Company may, without notice to Customer, increase the price of the Products by the amount of any new or increased tax or duty (excluding franchise, net income and excess profits taxes) which
Company may be required to pay on the manufacture, sale, transportation, delivery, export, import or use of the Products or the materials required for their manufacture or which affects the cost of such materials.

3. Terms of Payment:
3.1. Unless otherwise agreed to in writing by the Company, 100% down payment with the order is required. Customer shall make payments by check or wire transfer to the account indicated on the invoice
without a cash discount or offset and the Company shall not be required to incur any expense to receive timely payment in full as required by this Agreement.

3.2. Company may, without notice, change or withdraw extensions of credit at any time. If Company ceases to extend credit terms before shipment, Customer's sole remedy shall be cancellation of its order.
If Customer does not receive notice before shipment, its sole remedy shall be rejection of the Products immediately upon delivery.

3.3. If the Customer fails to make payment on or before the date required, Customer shall pay interest to the Company at the rate of one and one-half percent (1.5%) per month or such lesser amount
permitted by law. The specification or charging of interest shall not be deemed an agreement to extend credit.

3.4. If Customer fails to observe these Terms or the terms of any other agreements between Company and Customer, or if Customer becomes insolvent, all balances then due and owing to the
Company shall become due immediately, notwithstanding any agreed upon payment periods. Any Orders that have been confirmed by the Company, but not yet filled, shall in such cases become
cancelable at the sole discretion of Company.

3.5. Customer does not enjoy a right of set-off under any circumstances.

4. Delivery Terms:
4.1. Title to and risk of loss for the Products shall pass to Customer upon delivery thereof to any common carrier at Company's site.

4.2. Customer will be billed for and shall pay all freight, transportation, shipping, insurance and handling charges, duties, and taxes, including any applicable VAT, sales, personal property, ad valorem,
and other taxes, duties, levies or charges imposed by any governmental authority, irrespective of whether applicable law makes such items the responsibility of the buyer or seller, but excluding any taxes payable
by Company with respect to its net income.

4.3. Customer, shall, subject to Company's available facilities at the shipping point, determine the type of transportation and shall notify Company thereof at the time Customer places each Order. If Customer
shall fail to so notify Company, Company or its agent may select any commercial air, ship, motor or rail carrier or any combination thereof for the transportation of the Products. Company will make deliveries of
the Products in the quantities ordered as near as reasonably possible to Customer's requested delivery dates.

4.4. Company shall use its reasonable efforts to deliver the Products to Customer by the agreed upon date. However, except in cases of Company's willful misconduct or gross negligence, Company shall not be liable to Customer for delays in delivery or damage to the Products while in transit, irrespective of whether Company or Customer determined the mode of transportation.

4.5. In cases of deliveries of Products manufactured to Customer's specification ("Special Orders") and unless otherwise agreed to in writing, all tools, models, plans, blueprints or other devices and/or documents used and/or developed by Company (the "Tools") in order to fulfill any Order or Special Order are the property of the Company, even if the cost of development and/or manufacturing of such tools, models, plans, blueprints or other devices and/or documents was wholly or partially borne by the Customer.

| | |
|---|---|
| **Quotation** | **46823** |
| Date: | 6/3/15 |
| Page: | 5 of 6 |

5. Security Interest:

5.1. As security for the timely payment and performance of all Customer's indebtedness to Company, Customer hereby grants to the Company a first priority security interest in the Products following delivery thereof to Customer ("Collateral"). Such Interest shall remain in force until payment in full of the entire purchase price for the Products and any other amounts due to the Company by Customer.

5.2. If so requested by Company, Customer shall deliver to Company, in form and substance satisfactory to Company, and duly executed as required by Company, financing statements and other security interest perfection documentation in form and substance satisfactory to Company, duly filed under the UCC in all jurisdictions as may be necessary, or in Company's opinion, desirable, to perfect Company's security interest and lien in the Collateral, in order to establish, perfect, preserve and protect Company's security interest as a legal, valid and enforceable security interest and lien, and all property or documents of title, in cases in which possession is required for the perfection of Company's security interest.

6. Limitation of Liability:

6.1. IN NO EVENT SHALL COMPANY BE LIABLE FOR ANY INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, REVENUE, GOODWILL OR USE, INCURRED BY CUSTOMER OR ANY THIRD PARTY, WHETHER IN AN ACTION IN CONTRACT, TORT, STRICT LIABILITY, OR IMPOSED BY STATUTE, OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

6.2. NOTWITHSTANDING THE TERMS AND CONDITIONS SET FORTH IN SECTION 6.1., COMPANY'S LIABILITY – WHETHER BASED UPON CONTRACT, TORT, EQUITY, NEGLIGENCE OR ANY OTHER LEGAL CONCEPT – SHALL IN NO EVENT EXCEED THE VALUE OF CUSTOMER'S ORDER, AS DESCRIBED ON THE ORDER FORM, OR THE ORDER VALUE FOR (1) CALENDER YEAR, WHICHEVER AMOUNT IS LOWER. IT IS AGREED AND ACKNOWLEDGED THAT THE PROVISIONS OF THIS AGREEMENT ALLOCATE THE RISKS BETWEEN COMPANY AND CUSTOMER, THAT COMPANY'S PRICING REFLECTS THIS ALLOCATION OF RISK, AND BUT FOR THIS ALLOCATION AND LIMITATION OF LIABILITY, COMPANY WOULD NOT HAVE ENTERED INTO THIS AGREEMENT.

6.3. IN JURISDICTIONS THAT LIMIT THE SCOPE OF OR PRECLUDE LIMITATIONS OR EXCLUSION OF REMEDIES OR DAMAGES, OR OF LIABILITY, SUCH AS LIABILITY FOR GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OR DO NOT ALLOW IMPLIED WARRANTIES TO BE EXCLUDED, THE LIMITATION OR EXCLUSION OF WARRANTIES, REMEDIES, DAMAGES OR LIABILITY SET FORTH ABOVE ARE INTENDED TO APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. CUSTOMER MAY ALSO HAVE OTHER RIGHTS THAT VARY BY STATE, COUNTRY OR OTHER JURISDICTION.

7. Force Majeure:

7.1. Company shall not be liable to Customer or any other person for any failure or delay in the performance of any obligation under this Agreement due to events beyond its reasonable control, including, but not limited to, fire, storm, flood, earthquake, explosion, accident, acts of the public enemy, wars, riots and public disorder, sabotage, strikes, lockouts, labor disputes, labor shortages, work slowdown, stoppages or delays, shortages or failures or delays of energy, materials, supplies or equipment, transportation embargoes or delays, acts of God, breakdown in machinery or equipment, and, except as otherwise set forth in this Agreement, acts or regulations or priorities of the federal, state or local governments.

7.2. Customer shall not be liable to Company or any other person for any failure or delay in the performance of any obligation under this Agreement due to events beyond its reasonable control, including, but not limited to, fire, storm, flood, earthquake, explosion, accident, acts of the public enemy, wars, riots and public disorder, sabotage, strikes, lockouts, labor disputes, labor shortages, work slowdown, stoppages or delays, shortages or failures or delays of energy, materials, supplies or equipment, transportation embargoes or delays, acts of God, breakdown in machinery or equipment, and, except as otherwise set forth in this Agreement, acts or regulations or priorities of the federal, state or local governments.

7.3. When the event operating to excuse performance by either party shall cease, this Agreement shall continue in full force until all deliveries have been completed.

| | |
|---|---:|
| **Quotation** | 46823 |
| Date: | 6/3/15 |
| Page: | 6 of 6 |

8. Miscellaneous Terms:

8.1. This Agreement and all claims arising out of or related to this Agreement, including tort claims, shall be governed by and construed in accordance with the laws of the state of New York, without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than New York. The application of the Convention on Contracts for the International Sale of Goods (CISG) is hereby excluded.

8.2. Any controversy or claim arising out of or relating to this Agreement, or the negotiation or breach thereof, shall be exclusively settled by arbitration in accordance with the International Arbitration Rules of the American Arbitration Association ("AAA"). The award shall be final and binding. Judgment upon the award rendered by the arbitrator or the arbitrators may be entered in any court having jurisdiction thereof. The arbitration shall be held in New York, New York, shall be conducted in the English language, and shall be conducted (i) if the amount in dispute is less than two hundred fifty thousand dollars ($250,000), before a single arbitrator mutually agreeable to Company and Customer, or if no agreement can be reached, then selected by the AAA, or (ii) if the amount in dispute is two hundred fifty thousand dollars ($250,000) or more, before three (3) arbitrators. The arbitrator(s) shall make detailed findings of fact and law in writing in support of his, her or their decision, and shall award reimbursement of attorney's fees and other costs of arbitration to the prevailing party, in such manner as the arbitrator shall deem appropriate. In addition, the losing party shall reimburse the prevailing party for reasonable attorneys' fees and disbursements, the costs of the arbitration (including but not limited to the fees and expenses of the arbitrator and expert witnesses) and the costs incurred by the prevailing party in successfully seeking any preliminary equitable relief or judicially enforcing any arbitration award.

8.3. If any provision contained in this Agreement is held by final judgment of a court of competent jurisdiction to be invalid, illegal or unenforceable, such invalid, illegal or unenforceable provision shall be severed from the remainder of this Agreement, and the remainder of this Agreement shall be enforced. In addition, the invalid, illegal or unenforceable provision shall be deemed to be automatically modified, and, as so modified, to be included in this Agreement, such modification being made to the minimum extent necessary to render the provision valid, legal and enforceable. Notwithstanding the foregoing, however, if the severed or modified provision concerns all or a portion of the essential consideration to be delivered under this Agreement by one party to the other, the remaining provisions of this Agreement shall also be modified to the extent necessary to equitably adjust the parties' respective rights and obligations hereunder.

8.4. In the event of a violation or threatened violation of Company's proprietary rights, Company shall have the right, in addition to such other remedies as may be available pursuant to law or this Agreement, to temporary or permanent injunctive relief enjoining such act or threatened act. The parties acknowledge and agree that legal remedies for such violations or threatened violations are inadequate and that Company would suffer irreparable harm.

8.5. The parties hereto are independent contractors and nothing in this Agreement will be construed as creating a joint venture, employment or agency relationship between the parties.

8.6. This Agreement shall apply to all sales of the Products to Customer.

8.7. This Agreement, including any Schedules attached hereto, contains the entire agreement of the parties with respect to the subject matter of this Agreement, and supersedes all prior agreements between them, whether oral or written, of any nature whatsoever with respect to the subject matter hereof. This Agreement is binding upon the parties hereto, their successors and permitted assigns.

* * * * * * * *

# EXHIBIT B

# EXHIBIT B

# Statement

Treif USA, Inc.
50 Waterview Drive, Suite 130
Shelton, CT 06484

| Date |
|---|
| 8/30/2016 |

To:

Cal Premium Treats, Inc.
20343 Harvill Ave.
Perris, CA 92570

| Amount Due | Amount Enc. |
|---|---|
| $34,239.60 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/07/2015 | Balance forward | | 885.00 |
| 06/08/2015 | PMT #2015060800308493. 34785 | -3,902.00 | -3,017.00 |
| 06/09/2015 | INV #34785. Due 07/09/2015. AS124226 | 42,141.60 | 39,124.60 |
| 06/09/2015 | PMT #2015060900295812. 29991 32027 | -885.00 | 38,239.60 |
| 01/12/2016 | PMT #5718. 34785 | -1,000.00 | 37,239.60 |
| 02/12/2016 | PMT #5787. 34785 | -2,000.00 | 35,239.60 |
| 05/03/2016 | PMT #2016050300354940. 34785 | -1,000.00 | 34,239.60 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 34,239.60 | $34,239.60 |

Exhibit B
Page 16