Michael B. Reynolds (#174534)
Jasmin Yang (#255254)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
Telephone: (714) 427-7000
Facsimile: (714) 427-7799
E-mail: mreynolds@swlaw.com
         jyang@swlaw.com

Attorneys for TREIF USA Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>CAL PREMIUM TREATS,<br><br>    Debtor. | CASE NO.: 6:16-bk-17522-SC<br><br>CHAPTER 11<br><br>**SUPPLEMENTAL DECLARATION OF GUENTER BECKER IN SUPPORT OF MOTION FOR RELIEF FROM STAY**<br><br>Date: May 2, 2017<br>Time: 1:30 p.m.<br>Location: Video Courtroom 126<br>       3420 Twelfth Street<br>       Riverside, CA 92501<br><br>Petition filed: August 22, 2016 |

I, Guenter Becker, declare as follows:

1.     I am the President of TREIF USA Inc. ("TREIF"). I make this Declaration in support of Motion for Relief from Stay (the "Motion") filed by TREIF. TREIF is the business of manufacturing and selling commercial food cutting machines that are used throughout the food processing industry.

---

DECLARATION OF GUENTER BECKER ISO MOTION FOR RELIEF FROM STAY

4816-2177-9781

2. I have over 20 years of sales and management experience with TREIF equipment. As a result of my experience and because of my role as President of TREIF, I am deeply familiar with TREIF's product line, with the specifications and capacity of its different products, and with the value of and market for TREIF's products.

3. On or about June 5, 2015, Cal Premium Treats (the "Debtor") placed an order for a TREIF Puma FB Portion Cutting Machine (the "Cutting Machine"). TREIF sold the Cutting Machine to the Debtor in June 2015 for $43,100.00.

4. I am informed that the Debtor is a pet food manufacturer and that the Debtor uses the Cutting Machine in connection with its pet food manufacturing business.

5. I am familiar with equipment like the Cutting Machine. I estimate that the value of the Cutting Machine, having been heavily used in a pet food manufacturing business since June 2015, is $26,000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22 day of MARCH 2017 at Shelton, Connecticut.

Guenter Becker

- 2 -

DECLARATION OF GUENTER BECKER ISO MOTION FOR RELIEF FROM STAY

4816-2177-9781