Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Counsel for Debtor/Debtor-In-Possession,
Cal Premium Treats, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Cal Premium Treats, Inc.,<br><br>    Debtor and Debtor-In-Possession. | Case No. 6:16-bk-17522-SC<br><br>Chapter 11<br><br>**DECLARATION OF STALKING HORSE BIDDER RE: DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTOR**<br><br>**HEARING:**<br>Date:    May 9, 2017<br>Time:    1:30 p.m.<br>Ctrm[1]:    225, 2nd Floor<br>            3420 Twelfth Street<br>            Riverside, California 92501 |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE RIVERSIDE DIVISION OF THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR'S SECURED CREDITORS; AND PARTIES REQUESTING SPECIAL NOTICE:**

Cal Premium Treats, Inc. ("Debtor" or "CPT"), hereby submits the *Declaration of Stalking Horse Bidder and Request for Finding of Good Faith Under § 363(m) re: Debtor's Motion for Order Authorizing the Sale of Substantially All Assets*. Attached hereto as Exhibit "A" is the *Declaration of William R. Cramer, Jr. as Managing Member of Stalking Horse Bidder, Star Milling Co.*

**DATED: May 3, 2017**                    **POLIS & ASSOCIATES**
                                            **A PROFESSIONAL LAW CORPORATION**

                                            By:    /s/ Thomas J. Polis
                                                Thomas J. Polis
                                                Counsel for Debtor/Debtor-In-Possession,
                                                Cal Premium Treats, Inc.

---

[1] Pursuant to the Court's procedures, counsel and interested parties may appear at either the above-captioned Riverside Courtroom or the Court's Santa Ana Courtroom, Courtroom 5C, 5th Floor, located at the Ronald Reagan Federal Building and Courthouse, 411 West Fourth Street, Santa Ana, California 92701.

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**POLIS & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433**

A true and correct copy of the foregoing document described **DECLARATION OF STALKING HORSE BIDDER RE: DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 3, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED PAGE

■  Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On **May 3, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Clarkson, US Bankruptcy Court, 411 W. Fourth Street, Suite 5130, Santa Ana, CA 92701

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on           , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 3, 2017 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL PROOF OF SERVICE LIST**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
John A Boyd     fednotice@tclaw.net
Michael J Bujold     Michael.J.Bujold@usdoj.gov
Richard K Diamond     rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
Bryan S Owens     bowens@bowenslaw.com
Valerie B Peo     vbantnerpeo@buchalter.com
Douglas A Plazak     dplazak@rhlaw.com
Hilton A Ryder     hilton.ryder@mccormickbarstow.com, rosanne.dodson@mccormickbarstow.com
Troy G Sexton     tsexton@portlaw.com
Mohammad Tehrani     Mohammad.V.Tehrani@usdoj.gov
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Eve H Karasik     ehk@lnbyb.com
Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
Bradley A Silva     basilva@sbcglobal.net