Bradley A. Silva, #109423
LAW OFFICES OF BRADLEY A. SILVA
8050 N. Palm Avenue, Suite 300
Fresno, California 93711
Telephone:   (559) 446-2000
Facsimile:    (559) 446-2004

Attorney for Creditor, STAR MILLING CO.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re:

CAL PREMIUM TREATS, INC.,

    Debtor.

Case No. 6:16-bk-17522-sc

Chapter 11

Date:   May 9, 2017
Time:   1:30 p.m.
Crtrm:  Video Courtroom 126 (Riverside)

Courtroom 5C, Fifth Floor
411 W. Fourth Street
Santa Ana, California 92701

**DECLARATION RE STALKING HORSE BIDDER
AND REQUEST FOR FINDING OF GOOD FAITH UNDER § 363(m)**

I, WILLIAM R. CRAMER, JR., declare:

1.   I am a Managing Member of NORTH STAR PET PRODUCTS, LLC, a California limited liability company, which was formed April 21, 2017, by the filing of its Articles of Organization with the California Secretary of State. I am also the President of STAR MILLING CO., a California Corporation, and the original "Stalking Horse Bidder" identified in Debtor's Motion for Order Authorizing Sale of Substantially All Assets of the Debtor, etc. I am authorized to make this declaration on behalf of both NORTH STAR PET PRODUCTS, LLC and STAR MILLING CO. I am familiar with and have personal knowledge of all matters set forth in this Declaration.

2. The entity, NORTH STAR PET PRODUCTS, LLC, was organized and established solely to be the owner and operator of a new business on the site where the Debtor conducted its business. It is the intention of NORTH STAR PET PRODUCTS, LLC to acquire the business assets of CAL PREMIUM TREATS, INC., the Debtor, and the real estate owned by the non-debtor related entity, 4-Under Holdings, LLC, commonly addressed as 20343 Harvill Avenue, Perris, Riverside County, California. NORTH STAR PET PRODUCTS, LLC is not in any way connected or affiliated with the Debtor, its owners or the non-debtor related entity, 4-Under Holdings, LLC, or its owners; NORTH STAR PET PRODUCTS, LLC is not an "insider," as that term is defined and used in the U. S. Bankruptcy Code. The members of NORTH STAR PET PRODUCTS, LLC are its sole source of capitalization. This proposed sale has been at all times negotiated "at arm's-length" and without any fraud or collusion.

3. NORTH STAR PET PRODUCTS, LLC is not affiliated in any way with any lender of the Debtor or with any other person or entity interested in or affiliated with the Debtor, except as identified herein.

4. STAR MILLING CO. has designated NORTH STAR PET PRODUCTS, LLC to be the Stalking Horse Bidder in the purchase of substantially all of the Debtor's assets. NORTH STAR PET PRODUCTS, LLC requests that this Court make a finding that it is acting in "good faith" in the purchase of Debtor's property, within the meaning of 11 U.S.C. § 363(m). In support of this finding, the undersigned Declarant submits that STAR MILLING CO. and NORTH STAR PET PRODUCTS, LLC is a good faith purchaser for value and has at all times acted in good faith in connection with the proposed sale. Specifically, (a) NORTH STAR PET PRODUCTS, LLC is not an "insider" of the Debtor or the non-debtor related entity; (b) the proposed sale was negotiated "at arm's-length" and in good faith, and at all times STAR MILLING CO. and NORTH STAR PET PRODUCTS, LLC, the Debtor and the non-debtor related entity were represented by competent counsel of their own choosing in such negotiations; (c) STAR MILLING CO. and NORTH STAR PET PRODUCTS, LLC did not in any way induce or cause the filing of the Chapter 11 case herein; (d) the consideration provided by NORTH STAR PET PRODUCTS, LLC for the proposed sale is fair and reasonable; and (e) the proposed

1  sale is not the result of any fraud or collusion.

2      If called to testify to the foregoing, I could do so from my own personal knowledge.

3      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed May 2, 2017, at Perris, California.

_____
WILLIAM R. CRAMER, JR.