1  Michael B. Reynolds (#174534)
   Jasmin Yang (#255254)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626
   Telephone: (714) 427-7000
4  Facsimile:  (714) 427-7799
   E-mail: mreynolds@swlaw.com
5          jyang@swlaw.com

6  Attorneys for TREIF USA Inc.

7

8

9

10

11

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

12  In re

13  CAL PREMIUM TREATS,

14              Debtor.

15

16

17

18

19

20

CASE NO.: 6:16-bk-17522-SC

CHAPTER 11

**LIMITED OBJECTION TO SALE MOTION**

Date: May 9, 2017
Time: 1:30 p.m.
Location: Video Courtroom 126
            3420 Twelfth Street
            Riverside, CA 92701

Petition filed: August 22, 2016

21      TREIF USA Inc. ("TREIF"), by and through undersigned counsel, submits this

22  Limited Objection to the "Debtor/Debtor-in-Possession's Motion for Order Authorizing

23  and Approving Sale of Substantially All Assets of the Debtor to the Qualified Party

24  Presenting the Highest and/or Otherwise Highest Qualified Bid Free and Clear of Liens,

25  Claims, and Encumbrances and Interests Except Assumption of Certain Secured Claims

26  Defined Herein" (the "Sale Motion") filed by Cal Premium Treats (the "Debtor") at

27  Docket Entry no. 121.

28      TREIF notes that the Court granted its Motion for Relief from Stay on May 2, 2017

Snell & Wilmer
———— L.L.P. ————
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

LIMITED OBJECTION TO SALE MOTION

4840-0217-0440

1  at docket entry no. 139 (the "Stay Relief Order"), terminating the automatic stay with

2  respect to that certain TREIF Puma Portion Cutter with Conveyor with serial nos. 019216,

3  195240, 124226 (the "TREIF Cutting Machine").

4        Because the Debtor has not filed any schedule of personal property or asset list

5  showing the personal property included or excluded from the sale in connection with the

6  Sale Motion, it is impossible for TREIF to determine whether the Debtor intends to sell

7  the TREIF Cutting Machine that is the subject of the Stay Relief Order.

8        To the extent that the Debtor intends to sell or transfer the TREIF Cutting Machine

9  to the purchaser pursuant to the Sale Motion, TREIF objects to this sale on the basis that it

10  has a superior interest to in the TREIF Cutting Machine.   The Court granted the Stay

11  Relief Order under 11 U.S.C. § 362(d)(1) and (d)(2) with a waiver of the 14-day stay

12  under FRBP 4001(a)(3); TREIF is permitted to immediately enforce its interest in the

13  TREIF Cutting Machine under non-bankruptcy law to repossess and obtain possession of

14  the TREIF Cutting Machine.

15        TREIF objects to the Sale Motion to the extent that the Debtor seeks to sell or

16  transfer the TREIF Cutting Machine to a third party.  The Debtor's transfer of the TREIF

17  Cutting Machine to a third party would be a naked attempt to thwart TREIF's efforts in

18  obtaining stay relief and possession of the TREIF Cutting Machine.  TREIF requests that

19  any order approving the Sale Motion expressly provide that the TREIF Cutting Machine is

20  not included in the personal property being transferred to the purchaser under the Sale

21  Motion.

22  Dated:  May 5, 2017                    SNELL & WILMER L.L.P.

23

24                                        By: /s/ Michael B. Reynolds

25                                            Michael B. Reynolds
                                              Attorneys for TREIF USA Inc.

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

- 2 -

LIMITED OBJECTION TO SALE MOTION

4840-0217-0440

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
350 S. Grand Avenue, Suite 3100, Los Angeles, California 90071.

A true and correct copy of the foregoing document entitled (*specify*): Limited Objection to Sale Motion

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 5, 2017          , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- John A Boyd     fednotice@tclaw.net
- Michael J Bujold     Michael.J.Bujold@usdoj.gov
- Richard K Diamond     rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
- Eve H Karasik     ehk@lnbyb.com
- Elan S Levey     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Bryan S Owens     bowens@bowenslaw.com
- Valerie Bantner Peo     vbantnerpeo@buchalter.com
- Douglas A Plazak     dplazak@rhlaw.com
- Thomas J Polis     tom@polis-law.com, paralegal@polis-law.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- Hilton A Ryder     hilton.ryder@mccormickbarstow.com, rosanne.dodson@mccormickbarstow.com
- Troy G Sexton     tsexton@portlaw.com
- Bradley A Silva     basilva@sbcglobal.net
- Mohammad Tehrani     Mohammad.V.Tehrani@usdoj.gov
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)                    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 5, 2017          , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Scott C. Clarkson (via Overnight Mail)
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5130
Santa Ana, CA  92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2017 | Joan MacNeil | /s/ Joan MacNeil |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

4846-1185-5432

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.