Thomas J. Polis, Esq. - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

General Insolvency Counsel for Cal Premium Treats, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>Cal Premium Treats, Inc.,<br><br>      **Debtor and**<br>      **Debtor-In-Possession.** | Case No. 6:16-bk-17522-SC<br><br>Chapter 11<br><br>STIPULATION BETWEEN DEBTOR-IN-POSSESSION CAL PREMIUM TREATS, INC. AND THE OFFICE OF THE U.S. TRUSTEE RE: CONTINUE U.S. TRUSTEE'S MOTION TO DISMISS/CONVERT CHAPTER 11 CASE<br><br>[ORDER APPROVING STIPULATION UPLOADED VIA LOU CONCURRENTLY HEREWITH]<br><br>[No Hearing Required] |

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE, RIVERSIDE DIVISION; AND OTHER PARTIES ENTITLED TO NOTICE:**

Debtor and Debtor-in-Possession, Cal Premium Treats, Inc. ("CPT" or "Debtor") and the Office of the United States Trustee ("UST"), all parties through their counsel of record, submit the following *Stipulation To Continue U.S. Trustee's Motion to Dismiss/Convert Chapter 11 Case* ("*Stipulation*").

**WHEREAS**, The Debtor and the U.S. Trustee have agreed to continue the U.S. Trustee's *Conversion/Dismissal Motion* to August 29, 2017 at 1:30 p.m. based on the following conditions:

1. The Debtor shall remain in complete compliance with all U.S. Trustee Compliance requirements, including but without limitation, file timely U.S. Trustee Monthly Operating Reports and payment of U.S. Trustee Quarterly Fees; and

2. In the event of any default of the Debtor's U.S. Trustee's compliance obligations, the U.S. Trustee may file a Declaration Re: Default of Debtor's Compliance, and the U.S. Trustee would request a hearing where the exclusive issues for the Court to determine will be: (a) whether the Debtor defaulted on any of the U.S. Trustee's compliance requirements; and (b) whether dismissal or conversion is in the best interest of the Debtor's bankruptcy estate.

**WHEREFORE,** for good cause, and based on the agreement of the Parties, the *Stipulation* provided herein is agreed to.

**IT IS SO STIPULATED** by Debtor, Cal Premium Treats, Inc., and the Office of the United States Trustee, through their respective counsel of record, that the U.S. Trustee's *Conversion/Dismissal Motion,* ECF Docket No. 98 is continued to August 29, 2017 at 1:30 p.m. (or otherwise convenient for the Court).

**SUBMITTED BY:**

                    **POLIS & ASSOCIATES, APLC**

DATED: June 28, 2017    By: /s/ Thomas J. Polis
                                        Thomas J. Polis, Esq.
                                        Counsel for Debtor and Debtor-in-Possession
                                        Cal Premium Treats, Inc.

                                        **PETER C. ANDERSON**
                                        **United States Trustee**
                                        **United States Department of Justice**
                                        **Office of the United States Trustee**

DATED: June 28, 2017    By: [signature]
                                        Mohammad Tehrani, Esq.
                                        Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**POLIS & ASSOCIATES**
A Professional Law Corporation
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433

A true and correct copy of the foregoing document described **STIPULATION BETWEEN DEBTOR CAL PREMIUM TREATS, INC. AND OFFICE OF THE U.S. TRUSTEE RE: CONTINUE US TRUSTEE'S MOTION TO DISMISS/CONVERT CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 28, 2017,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John A Boyd     fednotice@tclaw.net
Michael J Bujold     Michael.J.Bujold@usdoj.gov
Richard K Diamond     rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
Bryan S Owens     bowens@bowenslaw.com
Valerie B Peo     vbantnerpeo@buchalter.com
Douglas A Plazak     dplazak@rhlaw.com
Hilton A Ryder     hilton.ryder@mccormickbarstow.com, rosanne.dodson@mccormickbarstow.com
Troy G Sexton     tsexton@portlaw.com
Mohammad Tehrani     Mohammad.V.Tehrani@usdoj.gov
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐   Service information continued on attached page

2. **SERVED BY U.S. MAIL:**
On **June 28, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson, U.S. Bankruptcy Court, 411 W. Fourth St., Ste. 5130, Santa Ana, CA 92701

☐   Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 28, 2017 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                           F 9013-3.1

3