| | |
|---|---|
| 1 | Marc C. Forsythe - State Bar No. 153854<br>Charity J. Miller – State Bar No. 286481 |
| 2 | **GOE & FORSYTHE, LLP**<br>18101 Von Karman Avenue, Suite 1200 |
| 3 | Irvine, CA 92612<br>mforsythe@goeforlaw.com |
| 4 | cmiller@goeforlaw.com |
| 5 | Telephone: (949) 798-2460<br>Facsimile: (949) 955-9437 |
| 6 | |
| 7 | Attorneys for Creditor, John Keller |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

Cal Premium Treats, Inc.,

Debtor.

Case No. 6:16-bk-17522-SC

Chapter **11**

**STIPULATION BETWEEN DEBTOR, CAL PREMIUM TREATS, INC., AND CREDITOR JOHN KELLER RE:**
(1) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE IN FAVOR OF JOHN KELLER;
(2) ALLOWANCE OF GENERAL UNSECURED CLAIM IN FAVOR OF KELLER; AND
(3) RESOLUTION OF KELLER'S OPPOSITION TO DEBTOR'S STRUCTURED DISMISSAL MOTION.

[ORDER APPROVING STIPULATION LODGED CONCURRENTLY HEREWITH]

**Hearing Date**

**Date: October 17, 2017
Time: 1:30 pm
Ctrm: 126
        US Bankruptcy Court
        3420 Twelfth Street
        Riverside, CA 92701**

1

Chapter 11 Debtor and Debtor in Possession, Cal Premium Treats, Inc. ("Debtor") and creditor and administrative claimant, John Keller ("Keller") (collectively, the "Parties") respectfully submit this stipulation resolving Keller's claims against Debtor's bankruptcy estate and intended opposition to Debtor's pending *Motion for Order (1) Authorizing Debtor to Distribute Funds to Creditors; and (2) Dismissing Chapter 11 Case* ("Structured Dismissal Motion") and accordingly, stipulate and agree as follows:

## I. RECITALS

1. Debtor commenced this case by filing a petition for relief under Chapter 11 of title 11 of the United States Code on August 22, 2016.

2. Keller, a founder of the Debtor, was not listed as a creditor in the Debtor's schedules.

3. On August 22, 2017, Debtor filed its Structured Dismissal Motion [Dkt. #162]. Keller was inadvertently not served with the Structured Dismissal Motion and was not identified therein as a claimant entitled to any payment from the estate.

4. After hiring bankruptcy counsel, on September 9, 2017, Keller filed his *Motion Of John Keller Pursuant To Local Bankruptcy Rule 9013-1(m) To Continue Hearing On Debtor-In-Possession's Motion For Order (1) Authorizing Debtor To Distribute Funds To Creditors; And (2) Dismissing Chapter11 Case* ("Continuance Motion") [Dkt. #174], in which Keller requested a continuance of the hearing on the Structured Dismissal Motion to allow Keller to seek allowance of an administrative expense in this case as well as allowance of a late-filed claim and to oppose the Structured Dismissal Motion.

5. On September 8, 2017, the Court entered its *Order (1) Granting Motion of John Keller Pursuant to Local Bankruptcy Rule 9013-1(m) To Continue Hearing On Debtor-In-Possession's Motion For Order (1) Authorizing Debtor To Distribute Funds To Creditors; And (2) Dismissing Chapter11 Case, and (2) And Continuing Hearings On Chapter 11 Status Conference, Final Fee Application, And U.S. Trustee Motion to Dismiss* [Dkt. #177] by which, among other things, the Court continued the hearing on the Structured Dismissal Motion to October 17, 2017, at 2:00 p.m.

6. The Parties wish to avoid the costs associated with litigating what would be John Keller's contested motion for the allowance of his administrative expense and pre-petition claims against the estate, and Keller's opposition to the Structured Dismissal Motion, after further review of Keller's evidence in support of his asserted claims, and, accordingly, stipulate and agree as follows:

## II. STIPULATION

It is hereby stipulated and agreed that Keller shall have an allowed administrative expense of $13,000 against Debtor's estate, which shall be paid from the remaining net sale proceeds identified in the Structured Dismissal Motion by a check made payable to the client trust account of Keller's undersigned counsel. Keller shall also have an allowed late-filed pre-petition claim against the estate in the amount of $190,000, which shall be paid as a non-priority, general unsecured claim, to the extent funds remain available to be distributed to general unsecured creditors.

**SO STIPULATED.**

Dated: October 5, 2017        GOE & FORSYTHE, LLP

                              By: /s/ Marc Forsythe
                                  Marc C. Forsythe
                                  Charity J. Miller
                                  Attorneys for John Keller


Dated: October 5, 2017        POLIS & ASSOCIATES, APLC

                              By: _____
                                  Thomas J. Polis
                                  Attorneys Debtor

Marc C. Forsythe - State Bar No. 153854
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>Cal Premium Treats, Inc.,<br><br>Debtor. | Case No. 6:16-bk-17522-SC<br><br>Chapter 11<br><br>**STIPULATION BETWEEN DEBTOR, CAL PREMIUM TREATS, INC., AND CREDITOR JOHN KELLER RE:**<br>(1) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE IN FAVOR OF JOHN KELLER;<br>(2) ALLOWANCE OF GENERAL UNSECURED CLAIM IN FAVOR OF KELLER; AND<br>(3) RESOLUTION OF KELLER'S OPPOSITION TO DEBTOR'S STRUCTURED DISMISSAL MOTION.<br><br>**[ORDER APPROVING STIPULATION LODGED CONCURRENTLY HEREWITH]**<br><br>**Hearing Date**<br><br>Date: October 17, 2017<br>Time: 1:30 pm<br>Ctrm: 126<br>      US Bankruptcy Court<br>      3420 Twelfth Street<br>      Riverside, CA 92701 |

Chapter 11 Debtor and Debtor in Possession, Cal Premium Treats, Inc. ("Debtor") and creditor and administrative claimant, John Keller ("Keller") (collectively, the "Parties") respectfully submit this stipulation resolving Keller's claims against Debtor's bankruptcy estate and intended opposition to Debtor's pending *Motion for Order (1) Authorizing Debtor to*

1

*Distribute Funds to Creditors; and (2) Dismissing Chapter 11 Case* ("Structured Dismissal Motion") and accordingly, stipulate and agree as follows:

I. **RECITALS**

1. Debtor commenced this case by filing a petition for relief under Chapter 11 of title 11 of the United States Code on August 22, 2016.

2. Keller, a founder of the Debtor, was not listed as a creditor in the Debtor's schedules.

3. On August 22, 2017, Debtor filed its Structured Dismissal Motion [Dkt. #162]. Keller was inadvertently not served with the Structured Dismissal Motion and was not identified therein as a claimant entitled to any payment from the estate.

4. After hiring bankruptcy counsel, on September 9, 2017, Keller filed his *Motion Of John Keller Pursuant To Local Bankruptcy Rule 9013-1(m) To Continue Hearing On Debtor-In-Possession's Motion For Order (1) Authorizing Debtor To Distribute Funds To Creditors; And (2) Dismissing Chapter11 Case* ("Continuance Motion") [Dkt. #174], in which Keller requested a continuance of the hearing on the Structured Dismissal Motion to allow Keller to seek allowance of an administrative expense in this case as well as allowance of a late-filed claim and to oppose the Structured Dismissal Motion.

5. On September 8, 2017, the Court entered its *Order (1) Granting Motion of John Keller Pursuant to Local Bankruptcy Rule 9013-1(m) To Continue Hearing On Debtor-In-Possession's Motion For Order (1) Authorizing Debtor To Distribute Funds To Creditors; And (2) Dismissing Chapter11 Case, and (2) And Continuing Hearings On Chapter 11 Status Conference, Final Fee Application, And U.S. Trustee Motion to Dismiss* [Dkt. #177] by which, among other things, the Court continued the hearing on the Structured Dismissal Motion to October 17, 2017, at 2:00 p.m.

6. The Parties wish to avoid the costs associated with litigating what would be John Keller's contested motion for the allowance of his administrative expense and pre-petition claims against the estate, and Keller's opposition to the Structured Dismissal Motion, after

2

further review of Keller's evidence in support of his asserted claims, and, accordingly, stipulate and agree as follows:

II. **STIPULATION**

It is hereby stipulated and agreed that Keller shall have an allowed administrative expense of $13,000 against Debtor's estate, which shall be paid from the remaining net sale proceeds identified in the Structured Dismissal Motion by a check made payable to the client trust account of Keller's undersigned counsel. Keller shall also have an allowed late-filed pre-petition claim against the estate in the amount of $190,000, which shall be paid as a non-priority, general unsecured claim, to the extent funds remain available to be distributed to general unsecured creditors.

**SO STIPULATED.**

Dated: 10/3/2017　　　　　　　　　　　　GOE & FORSYTHE, LLP

By: /s/ Marc Forsythe
　　Marc C. Forsythe
　　Charity J. Miller
　　Attorneys for John Keller

Dated: 10/3/2017　　　　　　　　　　　　POLIS & ASSOCIATES, APLC

By: _____
　　Thomas J. Polis
　　Attorneys Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **JOHN KELLER'S EX-PARTE MOTION TO CONTINUE HEARING ON DEBTOR-IN-POSSESSION'S MOTION FOR ORDER (1) AUTHORIZING DEBTOR TO DISTRIBUTE FUNDS TO CREDITORS; AND (2) DISMISSING CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/3/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 10/3/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/3/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/3/2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| Date | Printed Name | Signature |

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN DEBTOR, CAL PREMIUM TREATS, INC., AND CREDITOR JOHN KELLER RE: (1) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE IN FAVOR OF JOHN KELLER; (2) ALLOWANCE OF GENERAL UNSECURED CLAIM IN FAVOR OF KELLER; AND (3) RESOLUTION OF KELLER'S OPPOSITION TO DEBTOR'S STRUCTURED DISMISSAL MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 5, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 5, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 5, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 5, 2017 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **John A Boyd**  fednotice@tclaw.net
- **Michael J Bujold**  Michael.J.Bujold@usdoj.gov
- **Richard K Diamond**  rdiamond@dgdk.com, DanningGill@gmail.com;rdiamond@ecf.inforuptcy.com
- **Marc C Forsythe**  kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Eve H Karasik**  ehk@lnbyb.com
- **Elan S Levey**  elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Charity J Miller**  cmiller@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com
- **Bryan S Owens**  bowens@bowenslaw.com
- **Valerie Bantner Peo**  vbantnerpeo@buchalter.com
- **Douglas A Plazak**  dplazak@rhlaw.com
- **Thomas J Polis**  tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Michael B Reynolds**  mreynolds@swlaw.com, kcollins@swlaw.com
- **Hilton A Ryder**  hilton.ryder@mccormickbarstow.com, rosanne.dodson@mccormickbarstow.com
- **Troy G Sexton**  tsexton@portlaw.com
- **Bradley A Silva**  basilva@sbcglobal.net
- **Mohammad Tehrani**  Mohammad.V.Tehrani@usdoj.gov
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov