Thomas J. Polis, Esq. – SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone:   (949) 862-0040
Facsimile:    (949) 862-0041
E-Mail:  tom@polis-law.com

Counsel for Debtor/Debtor-in-Possession,
Cal Premium Treats, Inc.

**FILED & ENTERED**

**OCT 19 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Cal Premium Treats, Inc., a California corporation,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 6:16-bk-17522-SC<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION RE: (1) AUTHORIZING DEBTOR TO DISTRIBUTE FUNDS TO CREDITORS; AND (2) DISMISSING CHAPTER 11 CASE (ECF NO. 162)**<br><br>**DATE:**   October 17, 2017<br>**TIME:**    1:30 p.m.<br>**PLACE:**  Courtroom 5C<br>            411 West 4th Street<br>            Santa Ana, CA 92701<br>                    OR<br>            Courtroom 225<br>            3420 Twelfth Street<br>            Riverside, CA 92501 |

On October 17, 2017, at 1:30 p.m., the Debtor's *Motion for Order Re: (1) Authorizing Debtor to Distribute Funds to Creditors; and (2) Dismissing Chapter 11 Case* (ECF No. 162) filed by Cal Premium, Inc. ("Debtor") came on for hearing ("*Dismissal Motion*") before the undersigned United States Bankruptcy Judge, Scott Clarkson in Courtroom 5C, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California 92701, and Courtroom 225, United States Bankruptcy Court, 3420 Twelfth Street, Riverside, California 92501. Thomas J. Polis, Esq., of Polis & Associates, a Professional Law Corporation, appeared on behalf of the Debtor. Other appearances, if any, were as reflected on the Court's record of the proceedings.

The Court having read and considered the *Dismissal Motion*, the declarations and other pleadings filed in support of the *Dismissal Motion*, no opposition having been filed and having considered the arguments and representations of counsel and having determined that,

**THIS COURT HEREBY FINDS** that:

A.     This Court has jurisdiction to address the issues raised by the *Dismissal Motion* as supplemented and to grant the relief requested in the *Dismissal Motion*;

B.     The Debtor/Debtor-in-Possession provided the Court with an adequate evidentiary basis, established in the supporting declaration filed concurrently with the *Dismissal Motion* and all pleadings on file in this case; and

C.     The Debtor/Debtor-in-Possession, by and through its counsel of record, provided adequate notice of the *Dismissal Motion* as set forth in the proof of service attached to the *Dismissal Motion*.

Good and sufficient cause appearing,

**IT IS SO ORDERED THAT:**

1.     The *Dismissal Motion* (ECF No. 162) is granted;

2.     The Debtor/Debtor-in-Possession is authorized to distribute funds to pay Claims, itemized in Exhibit "A";

3. The Debtor's Chapter 11 case is dismissed;

4. Notwithstanding Section 349 of the Bankruptcy Code, all prior orders, including but without limitation *Order Re: Authorizing Sale of Assets of the Debtor's Estate* (ECF No. 152), entered in the Debtor's bankruptcy case and any adversary proceedings shall survive the dismissal of the Debtor's case;

5. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of this Order or any other Order of this Court;

6. Debtor's Chief Reorganization Officer, Richard Allen is authorized to take any action, if necessary, to wind down the Debtor's affairs; and

7. Debtor's Chief Reorganization Officer, Richard Allen is authorized to destroy all books and records of the Debtor.

###

Date: October 19, 2017

Scott C. Clarkson
United States Bankruptcy Judge

## AMENDED DISTRIBUTION OF SALES PROCEEDS

| | |
|---|---|
| Gross Sales Proceeds (6/27/2017) - | $5,382,000.00 |
| Less | |
|    Paid to SBA (6/29/2017) | <$4,120,740.00> |
|    Paid to Star Milling Co. (re: Breakup Fee) (6/30/2017) | <   112,000.00> |
|    Paid to U.S. Trustee | <       975.00> |
|    (misc. wire transfer/cashier's check) | <         40.00> |
|    Subtotal | $1,148,245.00 |

**To Be Paid Pursuant To Final Structured Dismissal Order**

| | |
|---|---|
| Polis & Associates - final fees | $ 95,237.20 |
| Robert Reiser Co. - senior secured claim (POC #39) | $130,000.00 |
| American Lending Center fka US Employment - per Sale Order ECF No. 152 (POC #24) | $524,070.00 |
| Gateway Trade Funding Co. - see ECF No. 150 | $ 25,000.00 |
| US Trustee - 2nd Quarter and 3rd Quarter Fees (approx.) | $     975.00 |
| Internal Revenue Service (POC #3) | $132,203.83 |
| So. California Edison (Admin. Claim POC #40) | $ 51,008.69 |
| California Employment Dev. Dept. - EDD (Priority) | $ 46,556.79 |
| Priority Wage Claims | $ 12,137.00 |
|    Michelle Misner (POC #8 - $1,176) | |
|    Danny Peters (POC #11 - $3,500) | |
|    Wynn Kamen (POC #15 - $5,936.75) | |
|    Jeffrey Walton (POC #28 - $1,525) | |
| Riverside County Taxes | $ 12,839.00 |
| Eastern Municipal Water District | $ 15,015.55 |
| Richard Allen, Debtor's CRO | $ 72,000.00 |
| John Keller, Debtor's former President | $ 13,000.00 |
| Surplus to Pay Unsecured Creditors | $ 18,202.00 |